| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Winterbotham Parham Teeple, a PC<br>Sundee M. Teeple, (SBN 161524)<br>12440 Firestone Blvd. #307<br>Norwalk, CA 90650<br>(562) 868-3634<br>Facsimile: (562) 868-5599<br>wptmriv@4bankruptcy.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Sky Shadow<br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:24-bk-15247 NB<br>CHAPTER: 7<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

| Creditor Name: |
|---|
| Unifund CCR, LLC |

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Type of Case:**

a. ☒ A voluntary petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: 07/02/2024

b. ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 was filed on: _____

☐ An order of relief under Chapter ☐ 7 ☐ 11 was entered on: _____

c. ☐ An order of conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____

d. ☐ Other:

4. **Procedural Status:**

a. ☒ Name of Trustee appointed *(if any)*: Howard M Ehrenberg

b. ☐ Name of Attorney for Trustee *(if any)*: _____

5. Debtor claims an exemption in the subject real property under:

a. ☒ California Code of Civil Procedure § 704.730 _____ (Homestead): Exemption amount claimed on schedules: $ 442,420.00

b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on schedules: $ _____

c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

a. Date of entry of judgment *(specify)*: 06/16/2014
b. Case name *(specify)*: Unifund CCR, LLC
c. Name of court: Superior Court of California. County of Los Angeles
d. Docket number *(specify)*: 14A02122
e. Date *(specify)*: 07/25/2014 and place *(specify)* County of Los Angeles of recordation of lien
f. Recorder's instrument number *(specify)*: 20140769017

7. The property claimed to be exempt is as follows:

a. Street address, city, county and state, where located, *(specify)*: 8939 E. Avenue U, Littlerock CA 93543
County of Los Angeles

b. Legal description *(specify)*: Lot: 277  Tract: 9210  Book: 148  Pages: 51-55

_____ ☐ See attached page

8. Debtor acquired the property claimed as exempt on the following date *(specify)*: 01/20/2000

9. Debtor alleges that the fair market value of the property claimed exempt is: $ 442,420.00

10. The subject property is encumbered with the following liens *(list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion)*:

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Select Portfolio Servicing | ☐ | 02/25/2000 | $69,000.00 | $48,050.34 | 07/15/2024 |
| Unifund CCR, LLC | ☒ | 07/25/2014 | $2,715.79 | $5,350.38 | 07/02/2024 |
| | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a.  ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor

   b.  ☒ Appraisal of the property

   c.  ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

   d.  ☒ Recorded Abstract of Judgment

   e.  ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f.  ☒ Declaration(s)

   g.  ☒ Other (specify):
      Recorded 1st Deed of Trust

12. Total number of attached pages of supporting documentation: _101_

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Executed on (date): _9/23/24_

_____
Signature of Debtor

Sky D. Shadow
_____
Printed name of Debtor

Date: _9/23/24_

_____
Signature of Attorney for Debtor

Sundee M. Teeple
_____
Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                    Page 3                    F 4003-2.1.AVOID.LIEN.RP.MOTION

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Unifund CCR, LLC

2. **Subject Lien:** Date and place of recordation of lien (*specify*): 7/25/2014  County of Los Angeles

   Recorder's instrument number or document recording number: 20140769017

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:
   8939 E. Avenue U, Littlerock, CA 93543  County of Los Angeles.  Lot: 277  Tract: 9210  Book: 148  Pages: 51-55
   ☐ See attached page.

4. **Secured Claim Amount**

   a. Value of Collateral: ......................................................... $____442,400.00
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
      (1) First lien: ................................................... ($____48,050.34)
      (2) Second lien: ............................................... ($_____)
      (3) Third lien: ................................................. ($_____)
      (4) Additional senior liens (*attach list*): ..................... ($_____)
   c. Amount of Debtor's exemption(s): ................................... ($____442,420.00)
   d. Subtotal: ......................................................... ($____490,470.34)
   e. Secured Claim Amount (negative results should be listed as -$0-): $____-$0-
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows.  The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).  The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).  The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                     Page 4                          **F 4003-2.1.AVOID.LIEN.RP.MOTION**

EXHIBIT "A"

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sky  Shadow | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  8939 East Ave U  Line from *Schedule A/B*:  1.1 | $ 442,420.00 | ☑ $ 442,420.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730 (a)(1) |
| Brief description:  Household Goods - Misc. Household Goods  Line from *Schedule A/B*:  6 | $ 1,350.00 | ☑ $ 1,350.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description:  Electronics - Misc. Electronics  Line from *Schedule A/B*:  7 | $ 720.00 | ☑ $ 720.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No
   ☐ Yes

Debtor    **Sky   Shadow**
First Name    Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - Clothing | $ 25.00 | ☑ $ 25.00 ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Line from *Schedule A/B:* 11 | | | |
| Brief description: Jewelry - Jewelry | $ 50.00 | ☑ $ 50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.040 |
| Line from *Schedule A/B:* 12 | | | |
| Brief description: East West Bank #8356 (Checking Account) | $ 839.00 | ☑ $ 839.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Line from *Schedule A/B:* 17.1 | | | |
| Brief description: 401(k) | $ 135.00 | ☑ $ 135.00 ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.115 |
| Line from *Schedule A/B:* 21 | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |
| Brief description: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B:* | | | |

EXHIBIT "B"

Greater Antelope Valley
Association of REALTORS®

SELLER'S REPORT

# 8939 E Avenue U, Littlerock, CA 93543

Sky Shadow





Presented by

## Delia Jimenez | GRI

California Real Estate Licenses: 00853878, 01318852

 obblestone
Realty Inc.

Mobile: (661) 435-4888 | Office: (661) 947-0444 | Fax: (661) 273-9319

Main: CobblestoneRealty@att.net
Office: PalmdaleDreamHomes.com

**COBBLESTONE REALTY INC.**
445 W Palmdale Blvd
Suite H
Palmdale, CA 93551

*Hello Sky,Here's another report, these report will show properties that were sold by agents from out of the area.Please let me know if you have any questions.Thank you,*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley
Association of REALTORS' | **Seller's Report**                                    8939 E Avenue U, Littlerock, CA 93543

# 8939 E Avenue U, Littlerock, CA 93543



Legend:   Subject Property

☐ **Off Market** · *Sold Date: 2/25/2000, Public Record*

## Current Estimated Value
# $442,420
Last RVM® Update: 11/7/2023

RVM® Est. Range: **$389K – $496K**

RVM® Confidence: ★ ★ ★ ★

⬇ RVM® Change - Last 1 Month: **-$19,420**

⬈ RVM® Change - Last 12 Months: **—**

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

Greater Antelope Valley
Association of REALTORS®    | **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# Home Facts

## Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | Single Family | – | – |
| Property Subtype | Single Family Residential | – | – |
| Bedrooms | 4 | – | – |
| Total Baths | 2 | – | – |
| Full Baths | 2 | – | – |
| Partial Baths | – | – | – |
| Living Area (sq ft) | 1,508 | – | – |
| Building Area (sq ft) | 1,508 | – | – |
| Lot Size | 0.88 acres | – | – |
| Lot Dimensions | 38538 SF | – | – |
| Garage (spaces) | 0 | – | – |
| Year Built | 1959 | – | – |
| Heating | Central | – | – |
| Cooling | Yes | – | – |
| Construction | Wood | – | – |
| Number of Units | 0 | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | Shadow Sky D |
| Mailing Address | 8939 E Avenue U Littlerock CA 93543-3104 |
| Phone Number | 6613170588 |
| Owner Occupied | Yes |

⊗ RPR    Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    11/21/2023

# Extended Home Facts



Legend:  Subject Property

## Exterior Details

| | |
|---|---|
| Lot Size - Square Feet | 38538 sq ft |
| Lot Size - Acres | 0.885 ac |
| Neighborhood Code | 01/01116 |

## Location Details

| | |
|---|---|
| Zoning | LCA110000* |

## Other Details

| | |
|---|---|
| Building Quality | C |

## Schools (based on location)

| | |
|---|---|
| Elementary School | Alpine Elementary School |
| Middle School | Keppel Academy |
| High School | Littlerock High School |
| School Districts | Keppel Union Elementary School District |
| | Antelope Valley Union High School District |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS® | **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## AARP Livability™ Index for 93543

This chart rates the overall livability of a selected ZIP code on a scale from 0 to 100. AARP Livability™ is a trademark of AARP Inc.

Data Source: AARP
Update Frequency: Annual

0-19    20-39    40-59    60-79    80-100



**Total Score**

**37** / 100

A score over 50 is above average

| | |
|---|---|
| **Housing** Affordability & Access | 46 |
| **Neighborhood** Access to Life, Work & Play | 39 |
| **Transportation** Safe & Convenient Options | 19 |
| **Environment** Clean Air & Water | 41 |
| **Health** Prevention, Access & Quality | 46 |
| **Engagement** Civic & Social Involvement | 27 |
| **Opportunity** Inclusion & Possibilities | 42 |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Seller's Report**                                      8939 E Avenue U, Littlerock, CA 93543

# Property History

## Median Estimated Home Value

This graphic displays property estimates for a market area and a subject property, where one has been selected. Estimated property values are generated by a valuation model and are not formal appraisals.

Data Source: Public records, and MLS sources where licensed

Update Frequency: Monthly

This Property
Littlerock
Los Angeles County
California

Estimated Value:
$442,420



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 2/25/2000 | $79,000 | $52 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2023 | $93,357 | $23,330 | $116,687 | $1,490 |
| 2022 | $91,527 | $22,873 | $114,400 | $1,462 |
| 2021 | $89,733 | $22,425 | $112,158 | $1,428 |
| 2020 | $88,813 | $22,196 | $111,009 | $1,408 |
| 2019 | $87,072 | $21,761 | $108,833 | $1,382 |
| 2018 | $85,365 | $21,335 | $106,700 | $1,373 |
| 2017 | $83,692 | $20,917 | $104,609 | $1,348 |
| 2016 | $82,051 | $20,507 | $102,558 | $1,278 |
| 2015 | $80,819 | $20,199 | $101,018 | $1,259 |
| 2014 | $79,236 | $19,804 | $99,040 | $1,266 |
| 2013 | $78,878 | $19,715 | $98,593 | $1,261 |
| 2012 | $77,332 | $19,329 | $96,661 | $1,245 |
| 2011 | $75,816 | $18,950 | $94,766 | $1,213 |
| 2009 | $75,429 | $18,854 | $94,283 | — |
| 2007 | $72,500 | $18,123 | $90,623 | — |
| 2006 | $71,079 | $17,768 | $88,847 | — |
| 2005 | $71,079 | $17,768 | $88,847 | — |

## Legal Description

| | |
|---|---|
| APN | 3046-017-038 |
| Zoning | LCA110000* |
| Census Tract | 060379100.022029 |
| Abbreviated Description | TRACT # 9210 LOT 277 |
| City/Municipality/Township | Littlerock, CA 93543 |





Greater Antelope Valley
Association of REALTORS® | **Seller's Report**                                8939 E Avenue U, Littlerock, CA 93543

## Mortgage Records

| Recording Date | **6/7/2004** | **5/30/2002** |
|---|---|---|
| Borrower Name | SKY D SHADOW | SKY D SHADOW |
| Lender Name | ING BANK FSB | DOWNEY S/L |
| Lender Type | Bank | Lending institution |
| Loan Amount | $75,000 | $80,100 |
| Document Number | 04-1449503 | 02-1245523 |
| Loan Type | Unknown | Unknown |
| Contract Date | 5/28/2004 | – |
| Due Date | 6/1/2034 | 6/1/2009 |
| Finance Type | Adjustable Rate | – |
| Interest Rate | 4.25% | – |

## Deed Records

| Recording Date | **2/25/2000** |
|---|---|
| Document Type | Grant Deed |
| Sales Price | $79,000 |
| Sales Price Code | Full amount computed from Transfer Tax or Excise Tax |
| Buyer Name | SKY D SHADOW |
| Buyer ID | Single Woman |
| Seller Name | CRAIG A AND MARIANNE R MIERAU |
| Seller ID | Individual(s) |
| Document # | 00-0281236 |
| County Transfer Tax | $87 |
| Contract Date | 1/20/2000 |

⊗ RPR                    Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    11/21/2023



**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public Record and Listing data

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



Greater Antelope Valley
Association of REALTORS® | **Seller's Report**                         8939 E Avenue U, Littlerock, CA 93543

# Market Activity for 93543

## Market Snapshot

*Compared with Last Year: November 20, 2022 vs. November 20, 2023*

| Median Est. Home Value | Median Listing Price | Median Days in RPR | Sales Volume |
|---|---|---|---|
| **$495K** | **$467K** | **46** | **7** |
| Up 4.2% | Up 5% | Up 64.3% | Down -36.4% |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Listing Price vs. Sales Price

This chart displays the average percentage difference between the listing and selling price, compared by length of time properties were for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

▢ Below Listing Price

▣ Number of Sales



## Average Price Adjustments

This chart displays the average percentage adjustment from the original list price, compared by length of time properties have been for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

▢ Price Adjustments (-)

▣ Number of Price Adjustments - All Listings



Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Seller's Report

8939 E Avenue U, Littlerock, CA 93543

# Market Health Charts and Comparisons

## Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with the median listing price of Active listings. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Estimated Value
■ Median List Price



## Median Sales Price vs. Sales Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Sales Price Public Records
■ Median Sales Price Listings
■ Sales Volume Public Records
  Sales Volume Listings



Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Seller's Report                                      8939 E Avenue U, Littlerock, CA 93543

## Median Listing Price vs. Listing Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

▬ Median List Price

▬ Listing Volume



## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code by Property Type.

Data Source: On- and off-market listings sources

Update Frequency: Daily

▦ ZIP Count Listings by Property Type

| Property Type | Count |
|---|---|
| Single Family | 55 |
| Mobile/Manufactured | 1 |
| Multifamily/Multiplex | 4 |
| Lot/Land | 267 |

## Price per Bedroom of Comps Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

▨ This Property

▬ Comps

**This Property**

$111K

**Comps**

| Price Range | Count |
|---|---|
| $150K – $175K | 1 |
| $125K – $150K | 3 |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

## Median Sales Price by Square Footage

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

This Property
Comps

This Property                1,508 sq. ft.

Comps
1,400 - 1,600 sq. ft.    $456,245
1,200 - 1,400 sq. ft.    $410,000
1,000 - 1,200 sq. ft.    $400,000

## Price Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data is unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data

Update Frequency: Daily

This Property
Comps

This Property                $442K

Comps
$420K - $480K    2
$360K - $420K    2

## Price per Square Foot of Comps Sold

This chart shows the distribution of homes reported sold in the past three months at different prices per square foot.

Data Source: Public records data

Update Frequency: Daily

This Property
Comps

This Property                $293

Comps
> $390            1
$300 - $330        1
$270 - $300        2

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



**Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

## Age Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months of different age ranges in the area of your search.

Data Source: Public records data

Update Frequency: Daily

▢ This Property
■ Comps



This Property
64 yrs

Comps
60 - 70 yrs    2
40 - 50 yrs    2

## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past three months, compared by the number of bedrooms, in the area of your search.

Data Source: Public records data

Update Frequency: Daily

▨ Sales Count by Bedroom

4    4
3    22
2    4
1    1
0    2

## Inventory of Distressed Listings

This chart shows the count of distressed properties (all stages of foreclosure) that are for sale in a ZIP code.

Data Source: MLS data where licensed

Update Frequency: Daily

▨ Inventory of Distressed Listings

Pre-Foreclosure    1
Foreclosure    2

## Median Days in RPR

This chart shows how long homes are listed in RPR before their status is converted to sold.

Data Source: Listing data

Update Frequency: Monthly

■ 93543
▢ Los Angeles County
California



80 Days
60 Days
40 Days
20 Days
0

Jul '20   Jan '21   Jul '21   Jan '22   Jul '22   Jan '23   Jul '23   Jan '24

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®  |  **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# Selected Recent Market Activity for 93543



LEGEND:  ⌂ Subject Property   ◉ Pending   ● For Sale or For Lease   ● Distressed   ● Pending Distressed   ■ Recent Sale
Off Market

| | Market Activity For Sale or For Lease Listings | Market Activity Pending Sales | Market Activity Distressed | Market Activity Expired Listings | Market Activity Closed |
|---|---|---|---|---|---|
| Total Number of Properties | 8 | 8 | 8 | 8 | 8 |
| Lowest Listing Price/Est. Value | $390,000 | $279,000 | $277,000 | $385,000 | $445,000 |
| Median Listing Price/Est. Value | $474,990 | $432,495 | $525,830 | $474,990 | $502,500 |
| Highest Listing Price/Est. Value | $2,500,000 | $649,999 | $624,120 | $970,000 | $650,000 |
| Median Living Area | 1,366 | 1,612 | 1,696 | 1,424 | 1,664 |
| Median Price per sq.ft. | $356 | $255 | $308 | $354 | $294 |
| Median Days in RPR | 20 | 30 | – | 62 | 42 |
| Median Age | 72 | 40 | 39 | 58 | 34 |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
11/21/2023

Greater Antelope Valley
Association of REALTORS®

## Seller's Report

8939 E Avenue U, Littlerock, CA 93543

# Market Activity: Active



| | 8939 E Avenue U Littlerock, CA 93543 | 36423 Colcord Ave Littlerock, CA 93543 | 10007 E Avenue R Littlerock, CA 93543 | 10838 W W Ave W Littlerock, CA 93543 | 8620 Pearblossom Hwy Littlerock, CA 93543 |
|---|---|---|---|---|---|
| **Status** | Subject Property | 1 New Active | 2 New Active | 3 New Active | 4 New Active |
| **Amount** | $442,420 Est. Value | $550,000 List Price | $2,500,000 List Price | $549,900 List Price | $450,000 List Price |
| **Listing Date** | – | 11/19/2023 | 11/10/2023 | 11/9/2023 | 11/2/2023 |
| **Days in RPR** | – | 1 | 10 | 11 | 18 |
| **Price Per Sq. Ft.** | $293 | $328 | $380 | $229 | $542 |
| **Bedrooms** | 4 | 3 | 16 | 3 | 1 |
| **Total Baths** | 2 | 2 | 10 | 2 | 1 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 1,508 | 1,675 | 6,574 | 2,404 | 830 |
| **Building Area** | 1,508 | 1,675 | 6,574 | 2,404 | 830 |
| **Lot Size** | 0.88 acres | 2.51 acres | 1.06 acres | 5.15 acres | 0.65 acres |
| **Year Built** | 1959 | 1987 | 1952 | 2006 | 1949 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family Residence | Single Family Residence | Single Family - Residential | Single Family Residence |
| **MLS ID** | – | 23-333403 | SR23208934 | 23007932 | SR23204131 |
| **Listing Broker** | – | Listing Courtesy of eXp Realty of California Inc | Listing Courtesy of KEITH J. PIONTKOWSKI | Listing Courtesy of The Real Estate Place | Listing Courtesy of KELLER WILLIAMS NORTH VALLEY |
| **Description** | | Looking for a family home in littlerock with over two acres this is the home for you. It has 3 bedrooms and 2 bathrooms. The home is being renovated and will be available to show when complete. For further details please contact the listing agent. | This sun village / littlerock 7,400sf 10007 e avenue r, 93543 mansion for sale or lease has more beds and baths than most football/sports players and movie stars. Has one of the largest concrete parking areas around upto 16 cars or more. Has a movie theater room, dance hall, gym, hobby room, two separate upstairs areas, several hallways, extra wet bars and tv viewing rooms, 4 bedrooms have their own bathroom, in the past was used as a care/hospice home. There are other large homes used as care homes nearby getting $1,000sss per bedroom. A 12x 60 trailer used as storage in the back yard, two other covered storage areas. Some fruit trees. Sol... | Huge shop with 2 rollup doors. On over 5 acres. Newer home 2400sf plus enclosed patio. Great country property with lovely views! contemporary open floor plan with high ceilings. Living room with builitins flows into family room, dining room then roomy kitchen. Kitchen features lots of attractive cabinets, a center island and a walkin pantry. Master bedroom is extra large with a finished walking closet and a 2nd large walkin ready to be customized. Master bathroom features dual sinks, separate tub and shower. Indoor laundry room has built in cabinets. All hard surface flooring throughout. As a bonus there is a very large enclosed patio ro... | Many potential and opportunities. Look at the lot size, there are couple of sfd on the property. Call listing agent. |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# Market Activity: Active

| | 8939 E Avenue U Littlerock, CA 93543 | 36260 82nd St E Littlerock, CA 93543 | 9707 E Avenue S, #4 Littlerock, CA 93543 | 9707 E Avenue S4 Littlerock, CA 93543 | 7240 E Avenue U3 Littlerock, CA 93543 |
|---|---|---|---|---|---|
| **Address** | | | | | |
| **Status** | Subject Property | 5 Active Under Contract | 6 New Active | 7 New Active | 8 New Active |
| **Amount** | $442,420 Est. Value | $450,000 List Price | $474,990 List Price | $474,990 List Price | $390,000 List Price |
| **Listing Date** | – | 10/30/2023 | 10/27/2023 | 10/27/2023 | 10/25/2023 |
| **Days in RPR** | – | 21 | 24 | 24 | 26 |
| **Price Per Sq. Ft.** | $293 | $469 | $356 | $356 | $279 |
| **Bedrooms** | 4 | 2 | 3 | 3 | 3 |
| **Total Baths** | 2 | 1 | 2 | 2 | 2 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 1,508 | 960 | 1,335 | 1,335 | 1,398 |
| **Building Area** | 1,508 | 960 | 1,335 | 1,335 | 1,398 |
| **Lot Size** | 0.88 acres | 9.74 acres | 0.92 acres | 0.92 acres | 8,062 sq ft |
| **Year Built** | 1959 | 1930 | 1917 | 1917 | 1967 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family Residence | Single Family - Residential | Single Family Residence | Single Family - Residential |
| **MLS ID** | – | SR2320147 | 23007572 | SR23108314 | 23007462 |
| **Listing Broker** | | Listing Courtesy of KELLER WILLIAMS VIP PROPERTIES | Listing Courtesy of Marro Real Estate, Inc. | Listing Courtesy of MARRO REAL ESTATE, INC. | Listing Courtesy of Marro Real Estate, Inc. |
| **Description** Highlighted fields were changed by agent to reflect knowledge of this property. | | This is a great opportunity to own over 9 acres in littlerock! there are 2 bedrooms, 1 bathroom, family room, dining area and kitchen. Great location near the 138. Needs some tlc. | *fha eligible* welcome to 9707 e avenue s4 a gorgeous fully remodeled ranch style home offering 3 bedrooms and 2 bathrooms! you'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is highlighted by new bright white cabinets, modern square edged granite countertops, recessed lighting and all new stainless steel appliances. Find upgrades galore throughout the home, including modern and homey facelifts to the primary and secondary bathroom including, new vanities, decorative mirrors, and upgraded lighting. Step outside into your ma... | *fha eligible* welcome to 9707 e avenue s4 a gorgeous fully remodeled ranch style home offering 3 bedrooms and 2 bathrooms! you'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is highlighted by new bright white cabinets, modern square edged granite countertops, recessed lighting and all new stainless steel appliances. Find upgrades galore throughout the home, including modern and homey facelifts to the primary and secondary bathroom including, new vanities, decorative mirrors, and upgraded lighting. Step outside into your ma... | **fha eligible** welcome to 7240 e avenue u3, your perfect property in littlerock. This home is conveniently located, it features 3 bedrooms, 2 bathrooms and a spacious living room with newer laminate flooring and paint throughout. Large private backyard with a built-in storage. Call today! |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®   **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 36423 Colcord Ave, Littlerock, CA 93543




$550k



$442k

Everett Martin Park

LEGEND:  Subject Property    This Listing

Map data ©2023

## Active
· New, Active: 11/19/2023

**List Price**
## $550,000
List Date: 11/19/2023
Days in RPR: 1

**Current Estimated Value**
## $466,000
Last AVM Update: 11/7/2023

AVM Est. Range:
$350K – $583K

AVM Confidence:
★★

⬇ AVM Change
Last 1 Month: -$19,000

⬆ AVM Change
Last 12 Months: 1.08%

Looking for a family home in Littlerock with over two acres this is the home for you. It has 3 bedrooms and 2 bathrooms. The home is being renovated and will be available to show when complete. For further details please contact the listing agent.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residence |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,675 | 1,675 |
| Building Area (sq ft) | 1,675 | 1,675 |
| Lot Size | 2.51 acres | 2.51 acres |
| Lot Dimensions | 2.506 AC | 330x330 |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1987 | 1987 |
| Roofing | – | Flat, Shingle |
| Heating | Central | Central |
| Cooling | Yes | Air Conditioning |
| Fireplaces | – | 1 |
| Foundation | – | Slab |
| Construction | Wood | – |
| Number of Units | 0 | – |

*Listing Courtesy of eXp Realty of California Inc*

 RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



Greater Antelope Valley
Association of REALTORS® | **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 10007 E Avenue R, Littlerock, CA 93543



CRMLS



Antelope Center — New — $2.5m

Sun Village



Littlerock — $442k (138)

Pearblossom

Map data ©2023 Google

LEGEND:  Subject Property   New  This Listing

## Active
· New, Active: 11/10/2023

**List Price**

## $2,500,000
List Date: 11/10/2023
Days in RPR: 10

**Current Estimated Value**

## $1,060,850
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$934K – $1.19M**

RVM® Confidence:
★★★★☆

⌄ RVM® Change
Last 1 Month: **-$67,230**

⌃ RVM® Change
Last 12 Months: **10.35%**

This SUN VILLAGE / littlerock 7,400SF 10007 E avenue R, 93543 mansion for sale or LEASE has more beds and baths than most football/sports players and movie stars. Has one of the largest concrete parking areas around upto 16 cars or more. Has a movie theater room, dance hall, gym, hobby room, two se…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family Residence** |
| Bedrooms | **11** | **16** |
| Total Baths | **6** | **10** |
| Full Baths | **6** | **10** |
| Partial Baths | – | – |
| Living Area (sq ft) | **6,574** | **6,574** |
| Building Area (sq ft) | **6,574** | **6,574** |
| Lot Size | **1.06 acres** | **1.06 acres** |
| Lot Dimensions | **1.064 AC** | – |
| Garage (spaces) | **0** | – |
| Pool | – | **None** |
| Year Built | **1952** | **1952** |
| Roofing | – | **Composition** |
| Heating | – | **Combination, Electric, Natural Gas, Space Heater, Wall Furnace, Zoned** |
| Cooling | – | **Dual, Electric, Evaporative Cooling, Wall/Window Unit, Zoned** |
| Fireplaces | – | **Yes** |
| Foundation | – | **Concrete Perimeter, Permanent, Pillar/Post/Pier, Quake Bracing, Raised, Seismic Tie Down, Slab** |
| Construction | **Wood** | **Brick, Cement, Concrete, Drywall Walls, Frame, Plaster, Stucco** |
| Number of Units | **0** | – |
| Number of Stories | | **2** |

*Listing Courtesy of KEITH J. PIONTKOWSKI*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

# 10838 W W Ave W, Littlerock, CA 93543





$442k   $550k

LEGEND:  Subject Property    New  This Listing

🔴 **Active**
· New, Active: 11/9/2023

**List Price**
## $549,900

List Date: 11/9/2023
Days in RPR: 11

HUGE SHOP WITH 2 ROLLUP
DOORS. ON OVER 5 ACRES.
NEWER HOME 2400SF PLUS
ENCLOSED PATIO. Great
Country Property with Lovely
Views! Contemporary Open
Floor Plan with High Ceilings.
Living Room with Builitins flows
into Family Room, Dining Room
then Roomy Kitchen. Kitchen
features Lots of Attractive C…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 3 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | 2,404 |
| Building Area (sq ft) | – | 2,404 |
| Lot Size | – | 5.15 acres |
| Garage | – | Detached |
| Garage (spaces) | – | 10 |
| Pool | – | None |
| Year Built | – | 2006 |
| Roofing | – | Shingle |
| Heating | – | Central Heat/Elec |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Exterior Walls | – | Mod/Manuf |
| Number of Stories | – | 1 Story |

*Listing Courtesy of The Real Estate Place*

⬡ RPR        Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    11/21/2023

Greater Antelope Valley
Association of REALTORS

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 8620 Pearblossom Hwy, Littlerock, CA 93543



8620 PEARBLOSSOM HWY
3049-025-026



LEGEND:   ⌖ Subject Property   (New) This Listing

### Active
· New, Active: 11/2/2023

**List Price**
# $450,000
List Date: 11/2/2023
Days in RPR: 18

Many potential and opportunities. Look at the lot size, there are couple of SFD on the property. Call listing agent.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Commercial** | **Single Family** |
| Property Subtype | **Commercial (General)** | **Single Family Residence** |
| Bedrooms | – | 1 |
| Total Baths | – | 1 |
| Full Baths | – | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 830 | 830 |
| Building Area (sq ft) | 830 | 830 |
| Lot Size | 0.65 acres | 0.65 acres |
| Lot Dimensions | 28375 SF | – |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1949 | 1949 |
| Cooling | – | See Remarks |
| Fireplaces | – | Yes |
| Construction | Wood | – |
| Number of Units | 0 | – |
| Number of Stories | 1 | 1 |

*Listing Courtesy of KELLER WILLIAMS NORTH VALLEY*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 36260 82nd St E, Littlerock, CA 93543



  

E Ave 1

$450k

 

87th St E

 $442k

 Everett Martin Park

Map data ©2023

LEGEND:    Subject Property    This Listing

## Active Under Contract
· AUC as of 11/9/2023

**List Price**
## $450,000
List Date: 10/30/2023
Days in RPR: 21

**Current Estimated Value**
## $441,690
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$433K – $451K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: —

⬆ RVM® Change
Last 12 Months: —

This is a great opportunity to own over 9 acres in Littlerock! There are 2 bedrooms, 1 bathroom, family room, dining area and kitchen. Great location near the 138. Needs some TLC.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residence |
| Bedrooms | 2 | 2 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | — | — |
| Living Area (sq ft) | 1,743 | 960 |
| Building Area (sq ft) | 1,743 | 960 |
| Lot Size | 9.74 acres | 9.74 acres |
| Lot Dimensions | 9.738 AC | |
| Garage (spaces) | 0 | 2 |
| Pool | — | None |
| Year Built | 1930 | 1930 |
| Heating | Central | Central |
| Cooling | — | Wall/Window Unit |
| Fireplaces | — | Yes |
| Construction | Wood | — |
| Number of Units | 0 | — |
| Number of Stories | — | 1 |

*Listing Courtesy of KELLER WILLIAMS VIP PROPERTIES*


Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

# 9707 E Avenue S, #4, Littlerock, CA 93543







LEGEND: 🏠 Subject Property    New  This Listing

## 🟢 Active

· New, Active: 10/27/2023

**List Price**

## $474,990

List Date: 10/27/2023
Days in RPR: 24

*FHA Eligible* Welcome to 9707
E Avenue S4 a gorgeous fully
remodeled Ranch Style home
offering 3 bedrooms and 2
bathrooms! You'll absolutely love
the facelift this home has
received. Step into a bright,
open airy living room with new
paint, new light fixtures and a
cozy fireplace. The kitchen is
h...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 3 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | |
| Living Area (sq ft) | – | 1,335 |
| Building Area (sq ft) | – | 1,335 |
| Lot Size | – | 0.92 acres |
| Garage | – | Detached |
| Garage (spaces) | – | 2 |
| Pool | – | None |
| Year Built | – | 1917 |
| Roofing | – | Shingle |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Exterior Walls | – | Stucco, Wood |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Marro Real Estate, Inc.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 9707 E Avenue S4, Littlerock, CA 93543







 

LEGEND: ⬤ Subject Property  🔵 New This Listing

🟡 **Active**
· New, Active: 10/27/2023

**List Price**
## $474,990
List Date: 10/27/2023
Days in RPR: 24

**Current Estimated Value**
## $454,590
Last RVM® Update: 11/7/2023
RVM® Est. Range:
**$445K – $464K**
RVM® Confidence:
★★★★★
⬇ RVM® Change
Last 1 Month: -$4,480
⬆ RVM® Change
Last 12 Months: –

*FHA eligible* Welcome to 9707 E Avenue S4 a gorgeous fully remodeled Ranch Style home offering 3 bedrooms and 2 bathrooms! You'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is h…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residence |
| Bedrooms | 2 | 3 |
| Total Baths | 1 | 2 |
| Full Baths | 1 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,286 | 1,335 |
| Building Area (sq ft) | 1,286 | 1,335 |
| Lot Size | 0.92 acres | 0.92 acres |
| Lot Dimensions | 40141 SF | – |
| Garage | – | Yes |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1917 | 1917 |
| Roofing | – | Shingle |
| Cooling | – | Central Air |
| Fireplaces | – | Yes |
| Construction | Wood | – |
| Number of Units | 0 | – |
| Number of Stories | – | 1 |

*Listing Courtesy of MARRO REAL ESTATE, INC.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley Association of REALTORS®    **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 7240 E Avenue U3, Littlerock, CA 93543





LEGEND:  Subject Property     This Listing

● **Active**
· New, AUC: 10/25/2023

**List Price**

## $390,000

List Date: 10/25/2023
Days in RPR: 26
Last Price Update: 11/2/2023

**Current Estimated Value**

## $390,460

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$383K – $398K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$390**

⬆ RVM® Change
Last 12 Months: **4.53%**

**FHA Eligible** Welcome to 7240 E Avenue U3, your perfect property in Littlerock. This home is conveniently located, it features 3 bedrooms, 2 bathrooms and a spacious living room with newer laminate flooring and paint throughout. Large private backyard with a built-in storage. CALL TODAY!

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family - Residential** |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,398 | 1,398 |
| Building Area (sq ft) | 1,398 | 1,398 |
| Lot Size | 8,062 sq ft | 8,062 sq ft |
| Lot Dimensions | 8062 SF | |
| Garage | – | Attached |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1967 | 1967 |
| Roofing | – | Shingle |
| Heating | Central | |
| Cooling | – | Central Air/Evap |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Construction | Wood | |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | 0 | |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Marro Real Estate, Inc.*


Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS® | **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# Market Activity: Pending

| Address | 8939 E Avenue U Littlerock, CA 93543 | 29962 113th St E Littlerock, CA 93543 | 7332 E U-3 Littlerock, CA 93543 | 7332 E Avenue U3 Littlerock, CA 93543 | 9251 E Q4 Ave Littlerock, CA 93543 |
|---|---|---|---|---|---|
| Status | Subject Property | 9 Pending | 10 Pending | 11 Pending | 12 Pending |
| Amount | $442,420 Est. Value | $399,990 List Price | $279,000 List Price | $279,000 List Price | $550,000 List Price |
| Offer Amount | – | – | – | – | – |
| Listing Date | – | 11/1/2023 | 10/20/2023 | 10/27/2023 | 8/20/2023 |
| List/Offer Ratio | – | – | – | – | – |
| Days in RPR | – | 19 | 31 | 24 | 92 |
| Price Per Sq. Ft. | $293 | $232 | $214 | $214 | $367 |
| Bedrooms | 4 | 3 | 2 | 2 | 4 |
| Total Baths | 2 | 2 | 2 | 2 | 2 |
| Partial Baths | – | – | – | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 1,508 | 1,724 | 1,302 | 1,302 | 1,500 |
| Building Area | 1,508 | 1,724 | 1,302 | 1,302 | 1,500 |
| Lot Size | 0.88 acres | 4.98 acres | 8,072 sq ft | 8,071 sq ft | 2.5 acres |
| Year Built | 1959 | 1951 | 1955 | 1955 | 2023 |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential | Single Family - Residential | Single Family Residence | Single Family - Residential |
| MLS ID | – | 23007652 | 23007556 | SR23200049 | 23005792 |
| Listing Broker | – | Listing Courtesy of eXp Realty of California Inc | Listing Courtesy of Keller Williams Realty A.V. | Listing Courtesy of KELLER WILLIAMS REALTY ANTELOPE VALLEY | Listing Courtesy of S & R Properties |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley
Association of REALTORS®  |  **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

**Description**

Highlighted fields
were changed by
agent to reflect
knowledge of this
property.

| | | | |
|---|---|---|---|
| Welcome to your juniper hills dream home nestled at the base of the majestic san gabriel mountains on 5 acres approximately . This classic ranch home boasts 3 bedrooms and 2 bathrooms, offering a spacious 1724 square feet of living space. Creating a cozy and inviting area. The main living areas of this home are perfect for entertaining and relaxation. The living room and formal dining room provide ample space for hosting gatherings or enjoying quiet evenings. The large open kitchen with new flooring and plenty of counter space for meal preparation. Outside, you'll find a detached 3 car garage, with workshop, a secured storage room, possible... | Fixer upper with great potential in littlerock. Minutes away from schools, shopping centers and palmdale. | Fixer upper with great potential in littlerock. Minutes away from schools, shopping centers and palmdale. | New house, with solar panel included, and appruved plans and paid for an adu are included with the purchase, ready to move in, 2.5 acres of land |

Copyright 2023 Realtors Property Resource® LLC, All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



11/21/2023


Greater Antelope Valley
Association of REALTORS®    | Seller's Report

8939 E Avenue U, Littlerock, CA 93543

# Market Activity: Pending

| | | | | | |
|---|---|---|---|---|---|
| Address | 8939 E Avenue U Littlerock, CA 93543 | 9506 E Avenue T6 Littlerock, CA 93543 | 7757 E Avenue T8 Littlerock, CA 93543 | 29604 106th St E Littlerock, CA 93543 | 9641 E Avenue S8 Littlerock, CA 93543 |
| Status | Subject Property | 13 ● Pending | 14 ● Pending | 15 ● Pending | 16 ● Pending |
| Amount | $442,420 Est. Value | $389,900 List Price | $465,000 List Price | $549,900 List Price | $649,999 List Price |
| Offer Amount | – | – | – | – | – |
| Listing Date | – | 10/23/2023 | 11/2/2023 | 9/12/2023 | 8/23/2023 |
| List/Offer Ratio | – | – | – | – | – |
| Days in RPR | – | 28 | 18 | 69 | 89 |
| Price Per Sq. Ft. | $293 | $354 | $219 | $298 | $279 |
| Bedrooms | 4 | 3 | 3 | 3 | 4 |
| Total Baths | 2 | 2 | 3 | 3 | 3 |
| Partial Baths | – | – | 1 | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 1,508 | 1,100 | 2,121 | 1,848 | 2,333 |
| Building Area | 1,508 | 1,100 | 2,121 | 1,848 | 2,333 |
| Lot Size | 0.88 acres | 0.91 acres | 2.41 acres | 5 acres | 0.91 acres |
| Year Built | 1959 | 1982 | 1985 | 1991 | 2023 |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential | Single Family - Residential | Single Family Residence | Single Family - Residential |
| MLS ID | – | 23007423 | 23007687 | SR23170582 | 23005865 |
| Listing Broker | – | Listing Courtesy of Kalie VanMeter, Broker | Listing Courtesy of MWR & Associates | Listing Courtesy of NAFTALY REALTY | Listing Courtesy of Boulevard Estate Properties AV |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Description

Highlighted fields were changed by agent to reflect knowledge of this property.

Littlerock ranch home with 3 bedrooms, 2 baths, bonus media/theater room, solar panels, all on an acre of flat usable land. This 1982 home has modern open feel due to the breakfast bar creating a galley kitchen open to dining room and family room, home was updated 7 years ago including title flooring throughout home, updated kitchen and bathroom was remodeled. The family room features rustic corner stone gas fireplace, large front window for natural light, and high efficiency wall mounted heat and cooling unit. The home has been modernized with updated kitchen, neutral colored upgraded tile flooring throughout home, remodeled bathroom, and c...

Diamond in the rough. Needs tlc. Huge 2.4+ acre parcel in the orchards area. Ranch style home fenced lot with iron gates. Circular driveway. Great horse property. Nice tile entry. Sprawling single level design with living room and den. Fireplace. 3 car garage. Easy access to pearblossom highway. Outstanding opportunity for home garden, storing rv, boats, and toys. Plenty of space for accessory buildings and workshop. Great home and excellent lot. Seller will remove debris from property prior to closing. Sold in 'as is' condition.

Amazing juniper hills tri-level home on 2.5 fenced with adjoining 2.5 acres included as different address . Amazing location in a very desirable location close to all, this home is ready to move in, expensive curtains, wood flooring throughout.beautiful 3 bedroom 3 bathroom home on a large 2.5 acres lot with incredible views of the hills and mountains! located in the un-incorporated area of juniper hills, this home has a long extended driveway that brings you to the front of the house with gorgeous rock-scaping, and a 2 car attached garage with additional huge warehouse.the backyard has endless possibilities! there is a unique patio the full...

New construction! inspired to move into this work of art? doors are officially open, and tours can be appointed. This sleek spanish modern gem has officially entered the market. Modern improvements make this home very appealing and exciting for buyers. Upon entry, you are greeted with its gorgeous horseshoe driveway. Then you are welcomed into a 2,333 square foot floor plan sitting on approximately one acre of land. The living room consists of high ceilings and windows throughout the home, illuminating natural sunlight. Two master bedrooms offer interested buyers valuable space, and two additional bedrooms accompany the home adjacent to the...

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Greater Antelope Valley Association of REALTORS®** | **Seller's Report** | 8939 E Avenue U, Littlerock, CA 93543

# 29962 113th St E, Littlerock, CA 93543





Map data ©2023 Google

LEGEND:  Subject Property   This Listing

## ◉ Pending
· Pending as of 11/9/2023

### List Price
# $399,990
List Date: 11/1/2023
Days in RPR: 19

### Current Estimated Value
# $380,290
Last RVM® Update: 11/7/2023

RVM® Est. Range:
$373K – $388K

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$28,220**

⬆ RVM® Change
Last 12 Months: **26.4%**

Welcome to your Juniper Hills dream home nestled at the base of the majestic San Gabriel Mountains on 5 acres approximately . This classic ranch home boasts 3 bedrooms and 2 bathrooms, offering a spacious 1724 square feet of living space. creating a cozy and inviting area. The main living areas of…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,724 | 1,724 |
| Building Area (sq ft) | 1,724 | 1,724 |
| Lot Size | 4.98 acres | 4.98 acres |
| Lot Dimensions | 4.981 AC | – |
| Garage | – | Detached |
| Garage (spaces) | 0 | 3 |
| Pool | – | None |
| Year Built | 1951 | 1951 |
| Roofing | – | Shingle |
| Heating | Central | – |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Construction | Wood | – |
| Exterior Walls | – | Frame, Stucco |
| Number of Units | 0 | – |
| Number of Stories | – | 2 Story |

*Listing Courtesy of eXp Realty of California Inc*

△ **RPR**

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS® | **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 7332 E U-3, Littlerock, CA 93543




LEGEND: 📍 Subject Property  ◉ This Listing

## ◉ Pending
· *Pending as of 11/8/2023*

Map data ©2023

**List Price**

# $279,000
List Date: 10/20/2023
Days in RPR: 31

Fixer Upper With Great Potential
In Littlerock. Minutes Away From
Schools, Shopping Centers And
Palmdale.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 2 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | 1,302 |
| Building Area (sq ft) | – | 1,302 |
| Lot Size | – | 8,072 sq ft |
| Garage (spaces) | – | 2 |
| Pool | – | Yes |
| Year Built | – | 1955 |
| Fireplaces | – | Yes |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Keller Williams Realty A.V.*

⊗ RPR                    Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    11/21/2023

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 7332 E Avenue U3, Littlerock, CA 93543




LEGEND: ⬙ Subject Property    ◉ This Listing

## ◉ Pending
· Pending as of 11/8/2023

**List Price**
# $279,000
List Date: 10/27/2023
Days in RPR: 24

**Current Estimated Value**
## $301,250
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$295K – $307K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$104,560**

⬇ RVM® Change
Last 12 Months: **-15.64%**

Fixer Upper With Great Potential
In Littlerock. Minutes Away From
Schools, Shopping Centers And
Palmdale.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residence |
| Bedrooms | 2 | 2 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,302 | 1,302 |
| Building Area (sq ft) | 1,302 | 1,302 |
| Lot Size | 8,072 sq ft | 8,071 sq ft |
| Lot Dimensions | 8072 SF | |
| Garage (spaces) | 0 | 2 |
| Pool | Yes | Yes |
| Year Built | 1955 | 1955 |
| Heating | Central | – |
| Cooling | Yes | None |
| Fireplaces | – | Yes |
| Construction | Tilt-Up (pre-cast concrete) | – |
| Number of Units | 0 | – |
| Number of Stories | – | 1 |

*Listing Courtesy of KELLER WILLIAMS REALTY ANTELOPE VALLEY*

 **RPR**

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 9251 E Q4 Ave, Littlerock, CA 93543





LEGEND:    ⬢ Subject Property    ○ This Listing

## ◉ Pending
* *Pending as of 11/7/2023*

**List Price**
# $550,000
List Date: 8/20/2023
Days in RPR: 92
Last Price Update: 10/20/2023

new house, with solar panel
included, and appruved plans
and paid for an ADU are
included with the purchase,
ready to move in, 2.5 acres of
land

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 4 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | |
| Living Area (sq ft) | – | 1,500 |
| Building Area (sq ft) | – | 1,500 |
| Lot Size | – | 2.5 acres |
| Garage | – | Attached |
| Garage (spaces) | – | 2 |
| Pool | – | None |
| Year Built | – | 2023 |
| Roofing | – | Shingle |
| Heating | – | Central Heat/Elec |
| Cooling | – | None |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Exterior Walls | – | Wood |
| Number of Stories | – | 1 Story |

*Listing Courtesy of S & R Properties*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 9506 E Avenue T6, Littlerock, CA 93543





LEGEND:  📍 Subject Property  ⊙ This Listing

## 🔄 Pending
· Pending as of 11/4/2023

### List Price
# $389,900
List Date: 10/23/2023
Days in RPR: 28
Last Price Update: 10/28/2023

### Current Estimated Value
## $402,190
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$394K – $410K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$18,920**

⬇ RVM® Change
Last 12 Months: **-6.79%**

Littlerock Ranch home with 3 bedrooms, 2 baths, bonus Media/theater room, solar panels, all on an acre of flat usable land. This 1982 home has modern open feel due to the breakfast bar creating a galley kitchen open to dining room and family room, home was updated 7 years ago including title floori...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family - Residential** |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,100 | 1,100 |
| Building Area (sq ft) | 1,100 | 1,100 |
| Lot Size | 0.91 acres | 0.91 acres |
| Lot Dimensions | 39598 SF | – |
| Garage | – | **Attached, Direct Access** |
| Garage (spaces) | 0 | 2 |
| Pool | – | **None** |
| Year Built | 1982 | 1982 |
| Roofing | – | **Composition** |
| Heating | **Central** | **Central Heat - Gas** |
| Cooling | **Yes** | **Central Air/Refrig, Evaporative Wall Unit** |
| Fireplaces | – | **Yes** |
| Foundation | – | **Concrete Slab** |
| Construction | **Wood** | – |
| Exterior Walls | – | **Stucco** |
| Number of Units | 0 | – |
| Number of Stories | – | **1 Story** |

*Listing Courtesy of Kalie VanMeter, Broker*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



**Greater Antelope Valley Association of REALTORS®**    **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 7757 E Avenue T8, Littlerock, CA 93543




$465k


$442k

E Ave T

87th St E

Littlerock
 Pearblossom Hwy
Google                                  Map data ©2023

LEGEND:  Subject Property    ○ This Listing

## ○ Pending
· Pending as of 11/3/2023

**List Price**
# $465,000
List Date: 11/2/2023
Days in RPR: 18

**Current Estimated Value**
## $528,500
Last RVM® Update: 11/7/2023

RVM® Est. Range:
$476K – $581K

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: -$11,530

⬇ RVM® Change
Last 12 Months: -5.69%

Diamond in the Rough. Needs TLC. Huge 2.4+ acre parcel in the orchards area. Ranch style home Fenced lot with iron gates. Circular driveway. Great horse property. Nice tile entry. Sprawling single level design with living room and den. Fireplace. 3 car garage. Easy access to Pearblossom Highway. Ou...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 3 | 3 |
| Total Baths | 3 | 3 |
| Full Baths | 3 | 2 |
| Partial Baths | – | 1 |
| Living Area (sq ft) | 2,121 | 2,121 |
| Building Area (sq ft) | 2,121 | 2,121 |
| Lot Size | 2.41 acres | 2.41 acres |
| Lot Dimensions | 2.408 AC | – |
| Garage | – | Attached, Direct Access |
| Garage (spaces) | 0 | 3 |
| Pool | – | None |
| Year Built | 1985 | 1985 |
| Roofing | – | Composition |
| Heating | Central | – |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | – |
| Exterior Walls | – | Frame |
| Number of Units | 0 | – |
| Number of Stories | – | 1 Story |

*Listing Courtesy of MWR & Associates*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Seller's Report**      8939 E Avenue U, Littlerock, CA 93543

# 29604 106th St E, Littlerock, CA 93543





LEGEND: 🏠 Subject Property  ⊙ This Listing

Map data ©2023 Google

## ◎ Pending
· *Pending as of 10/22/2023*

**List Price**

# $549,900

List Date: 9/12/2023
Days in RPR: 69
Last Price Update: 10/9/2023

**Current Estimated Value**

## $552,590

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$542K – $564K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$3,760**

⬇ RVM® Change
Last 12 Months: **-6.47%**

Amazing Juniper Hills Tri-Level
Home On 2.5 Fenced With
Adjoining 2.5 Acres included as
different address . Amazing
location in a very desirable
location close to all, this home is
ready to move in, expensive
curtains, wood flooring
throughout.Beautiful 3 bedroom
3 bathroom home on a large 2.5
acre…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | Single Family |
| Property Subtype | **Single Family Residential** | Single Family Residence |
| Bedrooms | **3** | 3 |
| Total Baths | **2** | 3 |
| Full Baths | **2** | 3 |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,848** | 1,848 |
| Building Area (sq ft) | **1,848** | 1,848 |
| Lot Size | **2.49 acres** | 5 acres |
| Lot Dimensions | **2.487 AC** | |
| Garage | **–** | Yes |
| Garage (spaces) | **0** | 10 |
| Pool | **–** | None |
| Year Built | **1991** | 1991 |
| Heating | **Central** | – |
| Cooling | **Yes** | Central Air |
| Fireplaces | **–** | Yes |
| Construction | **Wood** | – |
| Number of Units | **0** | – |
| Number of Stories | | 3 |

*Listing Courtesy of NAFTALY REALTY*

△ RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 9641 E Avenue S8, Littlerock, CA 93543









LEGEND: Subject Property   This Listing

## ◎ Pending

· *Pending as of 10/6/2023*

### List Price

# $649,999

List Date: 8/23/2023
Days in RPR: 89

NEW CONSTRUCTION!
Inspired to move into this work
of art? Doors are officially open,
and tours can be appointed.
This sleek Spanish modern gem
has officially entered the market.
Modern improvements make this
home very appealing and
exciting for buyers. Upon entry,
you are greeted with its
gorgeous...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 4 |
| Total Baths | – | 3 |
| Full Baths | – | 3 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | 2,333 |
| Building Area (sq ft) | – | 2,333 |
| Lot Size | – | 0.91 acres |
| Garage (spaces) | – | 2 |
| Pool | – | None |
| Year Built | – | 2023 |
| Roofing | – | Tile |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Exterior Walls | – | Stucco |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Boulevard Estate Properties AV*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023


Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Market Activity: Recently Closed

| | | | | | |
|---|---|---|---|---|---|
| Address | 8939 E Avenue U Littlerock, CA 93543 | 37706 110th St E Littlerock, CA 93543 | 11046 E Avenue R12 Littlerock, CA 93543 | 9453 E Avenue T10 Littlerock, CA 93543 | 8807 E Avenue T2 Littlerock, CA 93543 |
| Status | Subject Property | 17 Closed | 18 Closed | 19 Closed | 20 Closed |
| Amount | $442,420 Est. Value | $565,000 Closed Price | $650,000 Closed Price | $565,000 Closed Price | $445,000 Closed Price |
| List Price | – | $565,000 | $649,900 | $499,000 | $460,000 |
| Recording Date | 2/25/2000 | 11/13/2023 | 11/8/2023 | 11/5/2023 | 11/3/2023 |
| List/Closed Ratio | – | 100% | 100% | 113% | 97% |
| Days in RPR | – | 65 | 41 | 916 | 32 |
| Price Per Sq. Ft. | $293 | $352 | $250 | $235 | $317 |
| Bedrooms | 4 | 4 | 3 | 4 | 3 |
| Total Baths | 2 | 2 | 2 | 3 | 2 |
| Partial Baths | – | – | – | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 1,508 | 1,605 | 2,598 | 2,400 | 1,402 |
| Building Area | 1,508 | 1,605 | 2,598 | 2,400 | 1,402 |
| Lot Size | 0.88 acres | 1 acre | 3.98 acres | 0.91 acres | 0.91 acres |
| Year Built | 1959 | 2023 | 1987 | 2007 | 1984 |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential | Single Family - Residential | Single Family Residence | Single Family - Residential |
| MLS ID | – | 23006330 | 23006779 | SR21093964 | 23006849 |
| Listing Broker | – | Courtesy of Boulevard Estate Properties AV | Courtesy of Re/MAX of Valencia | Courtesy of FATHOM REALTY GROUP INC. | Courtesy of Keller Williams Realty A.V. |
| Description | | Sold before hitting market | Welcome to rancho roca pequina! this rare offering....one of a kind gated custom home with almost 4 acres of flat acreage with a 4 car detached garage and bonus room to make a perfect workshop! per tax records, 2,598 square feet of living space! tax records state 3 bedrooms, but by adding a closet to the ginormous bonus room possible 4th and additional room could act as a 5th bedroom! outside looks like a true sprawling one story estate compound with plenty of room to store all your rv's and work equipment plus acres for your animals to roam! country style living with an additional outbuilding and animal shelters on premises make this pr... | Large almost 1 acre lot, 2,400 s/f of living area, 4 beds / 3 bathrooms. Oversized 2-car garage [ 720 s/f 10 ' high ceiling. Built in 2007 and completely remodeled in 2023. Will be available for showing by 07/29/2023 +~.*** | Bring your horses!!! this charming single story littlerock home is ready to move right into and is perfect for country living at its best!! almost one acre lot that is fully fenced and cross fenced for plenty of privacy, your livestock or rv access.this wonderful ranch style property boasts over 1402 sq ft of spacious living with 3 generously sized bedrooms and 2 full baths .there is a large living room with cozy brick fireplace.then go check out your backyard that is completely flat and usable and multi functional too! hurry to go see it today before it is sold!! |

Highlighted fields were changed by agent to reflect knowledge of this property.

RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023


Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# Market Activity: Recently Closed

| Address | 8939 E Avenue U Littlerock, CA 93543 | 37538 96th St E Littlerock, CA 93543 | 9629 E Avenue R Littlerock, CA 93543 | 10010 E Avenue Q10 Sun Village, CA 93543 | 7309 Peachtree Ln Littlerock, CA 93543 |
|---|---|---|---|---|---|
| Status | Subject Property | 21 Closed | 22 Closed | 23 Closed | 24 Closed |
| Amount | $442,420 Est. Value | $490,000 Closed Price | $487,500 Closed Price | $515,000 Closed Price | $460,000 Closed Price |
| List Price | – | $479,900 | $479,950 | $510,000 | $459,000 |
| Recording Date | 2/25/2000 | 10/27/2023 | 10/27/2023 | 10/24/2023 | 10/23/2023 |
| List/Closed Ratio | – | 102% | 102% | 101% | 100% |
| Days in RPR | – | 28 | 43 | 34 | 81 |
| Price Per Sq. Ft. | $293 | $298 | $289 | $247 | $316 |
| Bedrooms | 4 | 3 | 3 | 4 | 4 |
| Total Baths | 2 | 2 | 2 | 3 | 2 |
| Partial Baths | – | – | – | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 1,508 | 1,643 | 1,686 | 2,087 | 1,455 |
| Building Area | 1,508 | 1,643 | 1,686 | 2,087 | 1,455 |
| Lot Size | 0.88 acres | 0.94 acres | 1.07 acres | 0.98 acres | 9,579 sq ft |
| Year Built | 1959 | 1989 | 1947 | 2007 | 1988 |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential | Single Family - Residential | Single Family - Residential | Single Family - Residential |
| MLS ID | | 23006809 | 23006430 | 23006560 | 23005367 |
| Listing Broker | | Courtesy of Keller Williams Realty A.V. | Courtesy of RE/MAX All-Pro | Courtesy of Pak Home Realty | Courtesy of Leer Realty |
| Description | | Bring your horses!!! this charming single story littlerock home is ready to move right into and is perfect for country living at its best!! almost one acre lot that is fully fenced and cross fenced for plenty of privacy, your livestock or rv vehicles!!! tremendous curb appeal with all new green grass in the front yard, mature palm trees, possible rv access and beautiful all new exterior paint!!this wonderful ranch style property boasts over 1600 sq ft of spacious living with 3 generously sized bedrooms and 2 full baths with all new interior paint!!! there is a large living room with cozy brick fireplace, vaulted cathedral ceilings and practi... | This beautiful littlerock single-story home features 3 bedrooms, 2 full baths and offers 1386 sq. Ft. Of living space with an additional large bonus room and conveniently sits on a 1.07-acre lot. Home features a complete renovation throughout, starting with its laminate-wood flooring throughout the entire home including all bedrooms and tile flooring in both baths. Home boasts a beautifully designed open floor plan with a modern re-designed kitchen, all white cabinets w/ black hardware, and topped with a stylish sleek quartz counter and breakfast nook. Property also offers a freshly poured large front circular driveway w/ rv access. Did i me... | Looking for a beautiful move in ready country home?? look no more! this beautiful spacious country home offer 4 bedrooms 3 bathrooms with the heart of littlerock ca! this house offer spacious kitchen, formal dinning area, nice size living room, open concept to kitchen, living room and dinning area. All bedrooms are vary spacious! property sits on a corner lot in almost and 1 acre with rv access - great space for your toys, rv & more! and yes this is zoned horse property for that country living away from the city! property has ev charger level 2 for included - wow what a value! if you are looking for a a move in ready country house that with... | Exceptional littlerock home in a pleasant neighborhood convenient to local shopping, schools and commuter routes. Semi-rural but just minutes from newer eastside commercial district in palmdale. Landscaped front and back - areas of both shade and sun, walkways and space for gardening and playing. Firepit, gas bbq included! interiors feature rich colors & lovely decorator touches - gorgeous lighting fixtures and ceiling fans throughout. Plantation shutters in living room, warm wood, tile & laminate flooring, deep baseboards, crown moldings & chair railings. Family room with slider to the back for informal gatherings or formal dining - r... |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

**Seller's Report**

Greater Antelope Valley
Association of REALTORS®

8939 E Avenue U, Littlerock, CA 93543

# 37706 110th St E, Littlerock, CA 93543





LEGEND: Subject Property    This Property

## Closed

- Sold Date: 11/13/2023
- MLS Listing 23006330: 9/9/2023

**Closed Price**

# $565,000

Closed Date: 11/13/2023
Days in RPR: 65

**SOLD BEFORE HITTING MARKET**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 4 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | 1,605 |
| Building Area (sq ft) | – | 1,605 |
| Lot Size | – | 1 acre |
| Garage (spaces) | – | 2 |
| Pool | – | None |
| Year Built | – | 2023 |
| Roofing | – | Tile |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Exterior Walls | – | Custom Home |
| Number of Stories | – | 1 Story |

Courtesy of Boulevard Estate Properties AV

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS®    **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 11046 E Avenue R12, Littlerock, CA 93543







LEGEND:  Subject Property    This Property

## Closed

- Sold Date: 11/8/2023
- MLS Listing 23006779: 9/28/2023

**Closed Price**

**$650,000**

Closed Date: 11/8/2023
Days in RPR: 41

Current Estimated Value

**$649,250**

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$636K – $662K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: -$30

⬆ RVM® Change
Last 12 Months: —

WELCOME TO RANCHO
ROCA PEQUINA! THIS RARE
OFFERING....ONE OF A KIND
GATED CUSTOM HOME with
ALMOST 4 acres of FLAT
ACREAGE with a 4 CAR
DETACHED GARAGE and
bonus room to make a perfect
workshop! Per Tax Records,
2,598 square feet of living
space! Tax records state 3
bedrooms, but by adding a
close...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family - Residential** |
| Bedrooms | **3** | **3** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | – | – |
| Living Area (sq ft) | **2,598** | **2,598** |
| Building Area (sq ft) | **2,598** | **2,598** |
| Lot Size | **3.98 acres** | **3.98 acres** |
| Lot Dimensions | **3.980 AC** | – |
| Garage | – | **Detached** |
| Garage (spaces) | **0** | **4** |
| Pool | – | **None** |
| Year Built | **1987** | **1987** |
| Roofing | – | **Composition, Shingle** |
| Heating | **Central** | – |
| Cooling | **Yes** | **Central Air/Refrig** |
| Fireplaces | – | **Yes** |
| Foundation | – | **Concrete Slab** |
| Construction | **Wood** | – |
| Exterior Walls | – | **Stucco, Wood** |
| Number of Units | **0** | – |
| Number of Stories | – | **1 Story** |

*Courtesy of Re/MAX of Valencia*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

# 9453 E Avenue T10, Littlerock, CA 93543





LEGEND: ⬤ Subject Property  ▣ This Property

## Closed

· Sold Date: 11/5/2023
· MLS Listing SR21093964; 5/3/2021

**Closed Price**

## $565,000

Closed Date: 11/5/2023
Days in RPR: 916

Current Estimated Value

## $631,990

Last RVM® Update: 11/7/2023

RVM® Est. Range:
$575K – $689K

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: -$38,550

⬆ RVM® Change
Last 12 Months: 12.65%

Large almost 1 Acre lot, 2,400
S/F of Living Area, 4 Beds / 3
Bathrooms. Oversized 2-Car
Garage [ 720 S/F 10 ' High
ceiling. Built in 2007 and
completely remodeled in 2023.
Will be available for showing by
07/29/2023 +-.***

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | Single Family |
| Property Subtype | **Single Family Residential** | Single Family Residence |
| Bedrooms | **4** | 4 |
| Total Baths | **3** | 3 |
| Full Baths | **3** | 3 |
| Partial Baths | – | – |
| Living Area (sq ft) | **2,400** | 2,400 |
| Building Area (sq ft) | **2,400** | 2,400 |
| Lot Size | **0.91 acres** | 0.91 acres |
| Lot Dimensions | **39587 SF** | – |
| Garage | – | Yes |
| Garage (spaces) | **0** | 2 |
| Pool | – | None |
| Year Built | **2007** | 2007 |
| Heating | **Central** | Central |
| Cooling | **Yes** | Central Air, Electric |
| Fireplaces | – | None |
| Construction | **Wood** | – |
| Number of Units | **0** | – |
| Number of Stories | – | 1 |

*Courtesy of FATHOM REALTY GROUP INC.*


Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

# 8807 E Avenue T2, Littlerock, CA 93543





LEGEND: Subject Property    This Property

Map data ©2023

## Closed

· Sold Date: 11/3/2023
· MLS Listing 23006849: 10/2/2023

### Closed Price
## $445,000
Closed Date: 11/3/2023
Days in RPR: 32

### Current Estimated Value
## $462,560
Last RVM® Update: 11/7/2023

RVM® Est. Range:
$453K – $472K

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: -$2,320

⬇ RVM® Change
Last 12 Months: -3.05%

Bring your horses!!! This charming single story Littlerock home is ready to move right into and is perfect for country living at its best!! Almost one acre lot that is fully fenced and cross fenced for plenty of privacy, your livestock or RV access.This wonderful ranch style property boasts over 14...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | |
| Living Area (sq ft) | 1,402 | 1,402 |
| Building Area (sq ft) | 1,402 | 1,402 |
| Lot Size | 0.91 acres | 0.91 acres |
| Lot Dimensions | 39586 SF | – |
| Garage | – | Attached |
| Garage (spaces) | 0 | 2 |
| Pool | – | Yes |
| Year Built | 1984 | 1984 |
| Roofing | | Shingle |
| Heating | Central | Central Heat - Gas |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | – | |
| Number of Stories | – | 1 Story |

*Courtesy of Keller Williams Realty A.V.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 37538 96th St E, Littlerock, CA 93543







Sun Village

$490k

$442k

Everett Martin F

Google

Map data ©2023 Google

LEGEND: ⬙ Subject Property   ▢ This Property

 **Closed**

- Sold Date: 10/27/2023
- MLS Listing 23006809: 9/29/2023

**Closed Price**

## $490,000

Closed Date: 10/27/2023
Days in RPR: 28

**Current Estimated Value**

## $490,250

Last RVM® Update: 11/7/2023

RVM® Est. Range:
$480K – $500K

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$3,980**

⬇ RVM® Change
Last 12 Months: **-6.23%**

Bring your horses!!! This charming single story Littlerock home is ready to move right into and is perfect for country living at its best!! Almost one acre lot that is fully fenced and cross fenced for plenty of privacy, your livestock or RV vehicles!!! Tremendous curb appeal with all new green gra…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,643 | 1,643 |
| Building Area (sq ft) | 1,643 | 1,643 |
| Lot Size | 0.94 acres | 0.94 acres |
| Lot Dimensions | 40746 SF | |
| Garage | – | Attached, Direct Access |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1989 | 1989 |
| Roofing | – | Composition, Shingle |
| Heating | Central | – |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | – |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | 0 | |
| Number of Stories | – | 1 Story |

*Courtesy of Keller Williams Realty A.V.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Greater Antelope Valley Association of REALTORS** | **Seller's Report** | 8939 E Avenue U, Littlerock, CA 93543

# 9629 E Avenue R, Littlerock, CA 93543



  

Antelope Center
$488k

Sun Village

138

Littlerock $442k
138

Pearblossom

Map data ©2023 Google

LEGEND: Subject Property | This Property

## Closed

· Sold Date: 10/27/2023
· MLS Listing 23006430: 9/14/2023

**Closed Price**

## $487,500

Closed Date: 10/27/2023
Days in RPR: 43

**Current Estimated Value**

## $472,790

Last RVM® Update: 11/7/2023

RVM® Est. Range:
$463K – $482K

RVM® Confidence:
★★★★★

↑ RVM® Change
Last 1 Month: $4,960

↑ RVM® Change
Last 12 Months: 11.44%

This Beautiful Littlerock single-story home features 3 bedrooms, 2 full baths and offers 1386 sq. ft. of living space with an additional large bonus room and conveniently sits on a 1.07-acre lot. Home features a complete renovation throughout, starting with its laminate-wood flooring throughout the…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family - Residential** |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,386 | 1,686 |
| Building Area (sq ft) | 1,386 | 1,686 |
| Lot Size | 1.07 acres | 1.07 acres |
| Lot Dimensions | 1.068 AC | – |
| Garage | – | None |
| Garage (spaces) | 0 | – |
| Pool | – | None |
| Year Built | 1947 | 1947 |
| Roofing | – | Shingle |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Raised |
| Construction | Wood | – |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | 0 | – |
| Number of Stories | – | 1 Story |

*Courtesy of RE/MAX All-Pro*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®     **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 10010 E Avenue Q10, Sun Village, CA 93543




Antelope
Center                $515k

Sun Village


Littlerock  $442k  (138)

Map data ©2023 Google

LEGEND:  🏠 Subject Property    ▪️ This Property

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 4 | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 3 | 3 |
| Partial Baths | – | – |
| Living Area (sq ft) | 2,087 | 2,087 |
| Building Area (sq ft) | 2,087 | 2,087 |
| Lot Size | 0.98 acres | 0.98 acres |
| Lot Dimensions | 42512 SF | – |
| Garage | – | Attached |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 2007 | 2007 |
| Roofing | – | Shingle, Tile |
| Heating | Central | Central Heat/Elec |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | – |
| Exterior Walls | – | Stucco |
| Number of Units | 0 | – |
| Number of Stories | – | 1 Story |

*Courtesy of Pak Home Realty*

▪️ **Closed**

· Sold Date: 10/24/2023
· MLS Listing 23006560: 9/20/2023

**Closed Price**

## $515,000

Closed Date: 10/24/2023
Days in RPR: 34

**Current Estimated Value**

## $523,400

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$513K – $534K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$5,000**

⬇ RVM® Change
Last 12 Months: **-3.33%**

Looking for a Beautiful Move In
Ready Country Home?? Look
No More! This Beautiful
Spacious Country Home Offer 4
Bedrooms 3 Bathrooms with the
Heart of Littlerock CA! This
House offer Spacious Kitchen,
Formal Dinning area, Nice Size
Living Room, Open concept to
Kitchen, Living Room and
Dinning Area....

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®
**Seller's Report**                                                 8939 E Avenue U, Littlerock, CA 93543

# 7309 Peachtree Ln, Littlerock, CA 93543





LEGEND: ⌖ Subject Property  ▓ This Property

## Closed

- Sold Date: 10/23/2023
- MLS Listing 23005367: 8/3/2023

### Closed Price
# $460,000
Closed Date: 10/23/2023
Days in RPR: 81

### Current Estimated Value
## $464,580
Last RVM® Update: 11/7/2023

RVM® Est. Range:
$455K – $474K

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: $2,870

⬆ RVM® Change
Last 12 Months: 10.55%

Exceptional Littlerock home in a pleasant neighborhood convenient to local shopping, schools and commuter routes. Semi-rural but just minutes from newer eastside commercial district in Palmdale. Landscaped front and back - areas of both shade and sun, walkways and space for gardening and playing…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 4 | 4 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | |
| Living Area (sq ft) | 1,455 | 1,455 |
| Building Area (sq ft) | 1,455 | 1,455 |
| Lot Size | 9,579 sq ft | 9,579 sq ft |
| Lot Dimensions | 9579 SF | |
| Garage | – | Attached, Direct Access |
| Garage (spaces) | 0 | 3 |
| Pool | – | None |
| Year Built | 1988 | 1988 |
| Roofing | – | Composition, Shingle |
| Heating | Central | Central Heat - Gas |
| Cooling | Yes | Evaporative Wall Unit |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | |
| Exterior Walls | – | Frame, Stucco |
| Number of Units | 0 | |
| Number of Stories | – | 1 Story |

*Courtesy of Leer Realty*

 RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS® | **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Market Activity: Distressed

| | 8939 E Avenue U Littlerock, CA 93543 | 10203 E Avenue R Littlerock, CA 93543 | 9832 E Avenue S Littlerock, CA 93543 | 10217 E Avenue S12 Littlerock, CA 93543 | 10617 E Avenue S Littlerock, CA 93543 |
|---|---|---|---|---|---|
| **Address** | | | | | |
| **Status** | Subject Property | 25 Off Market | 26 Off Market | 27 Off Market | 28 Off Market |
| **Estimated Value** | $442,420 | $408,000 | $499,000 | $277,000 | $552,660 |
| **Amount** | $442,420 | $408,000 Est. Value | $499,000 Est. Value | $277,000 Est. Value | $552,660 Est. Value |
| **Past Due Amt.** | – | – | – | – | – |
| **Recording Date** | 2/25/2000 | 8/13/2014 | 5/3/2012 | – | 10/15/2010 |
| **Days in RPR** | – | – | – | – | – |
| **Price Per Sq. Ft.** | $293 | $299 | $308 | $448 | $292 |
| **Bedrooms** | 4 | 2 | 3 | 1 | 3 |
| **Total Baths** | 2 | 1 | 2 | 1 | 2 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 1,508 | 1,365 | 1,620 | 618 | 1,890 |
| **Building Area** | 1,508 | 1,365 | 1,620 | 618 | 1,890 |
| **Lot Size** | 0.88 acres | 0.77 acres | 0.89 acres | 0.91 acres | 0.92 acres |
| **Year Built** | 1959 | 1955 | 1995 | 1948 | 1953 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family Residential | Single Family Residential | Single Family Residential | Single Family Residential |
| **MLS ID** | – | – | – | – | – |
| **Listing Broker** | – | – | – | – | – |
| **Description** | | | | | |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023



Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

| Market Activity: Distressed | | | | | |
|---|---|---|---|---|---|
| Address | 8939 E Avenue U Littlerock, CA 93543 | 36875 Littlerock Ranchos Rd Littlerock, CA 93543 | 37375 96th St E Littlerock, CA 93543 | 9733 E Avenue S10 Littlerock, CA 93543 | 10055 E Avenue R10 Littlerock, CA 93543 |
| Status | Subject Property | 29 Off Market | 30 Off Market | 31 Off Market | 32 Off Market |
| Estimated Value | $442,420 | $624,120 | $587,730 | $396,720 | $622,820 |
| Amount | $442,420 Est. Value | $624,120 Est. Value | $587,730 Est. Value | $396,720 Est. Value | $622,820 Est. Value |
| Past Due Amt. | – | – | – | – | – |
| Recording Date | 2/25/2000 | 5/21/2020 | 8/7/2020 | – | 10/2/2020 |
| Days in RPR | – | – | – | – | – |
| Price Per Sq. Ft. | $293 | $335 | $332 | $284 | $309 |
| Bedrooms | 4 | 3 | 4 | 3 | 4 |
| Total Baths | 2 | 2 | 2 | 2 | 2 |
| Partial Baths | – | – | – | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 1,508 | 1,862 | 1,771 | 1,395 | 2,016 |
| Building Area | 1,508 | 1,862 | 1,771 | 1,395 | 2,016 |
| Lot Size | 0.88 acres | 2.71 acres | 0.93 acres | 0.91 acres | 0.91 acres |
| Year Built | 1959 | 1992 | 1989 | 1979 | 2020 |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residential | Single Family Residential | Single Family Residential | Single Family Residential |
| MLS ID | – | – | – | – | – |
| Listing Broker | – | – | – | – | – |
| Description | | | | | |

Highlighted fields were changed by agent to reflect knowledge of this property.

 Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 10203 E Avenue R, Littlerock, CA 93543









LEGEND: ⬤ Subject Property ⬛ This Property

## Closed

· *Notice of Default*

Current Estimated Value

## $408,000

Last AVM Update: 11/7/2023

AVM Est. Range:
**$326K – $490K**

AVM Confidence:
★★★

⬇ AVM Change
Last 1 Month: **-$14,000**

⬆ AVM Change
Last 12 Months: **1.49%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **2** | – |
| Total Baths | **1** | – |
| Full Baths | **1** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,365** | – |
| Building Area (sq ft) | **1,365** | – |
| Lot Size | **0.77 acres** | – |
| Lot Dimensions | **33509 SF** | – |
| Garage (spaces) | **0** | – |
| Year Built | **1955** | – |
| Heating | **Floor/Wall** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 9832 E Avenue S, Littlerock, CA 93543







LEGEND: Subject Property    This Property

**Closed**

· Notice of Foreclosure Sale

Current Estimated Value

## $499,000

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$449K – $549K**

RVM® Confidence:
★★★★★

↓ RVM® Change
Last 1 Month: **-$5,510**

↓ RVM® Change
Last 12 Months: **-4.67%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **3** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,620** | – |
| Building Area (sq ft) | **1,620** | – |
| Lot Size | **0.89 acres** | – |
| Lot Dimensions | **38962 SF** | – |
| Garage (spaces) | **0** | – |
| Year Built | **1995** | – |
| Heating | **Central** | – |
| Cooling | **Yes** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®   **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 10217 E Avenue S12, Littlerock, CA 93543




$277k


$442k

Everett Martin Park                    Map data ©2023

LEGEND:  ⌂ Subject Property   ▦ This Property

| | |
|---|---|
| ▦ **Off Market** | |
| · Notice of Default | |

**Current Estimated Value**

## $277,000

Last AVM Update: 11/7/2023

AVM Est. Range:
**$183K – $371K**

AVM Confidence:
★

↓ AVM Change
Last 1 Month: **-$8,000**

↑ AVM Change
Last 12 Months: **12.6%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **1** | – |
| Total Baths | **1** | – |
| Full Baths | **1** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **618** | – |
| Building Area (sq ft) | **618** | – |
| Lot Size | **0.91 acres** | – |
| Lot Dimensions | **39550 SF** | – |
| Garage (spaces) | **0** | – |
| Pool | **Yes** | – |
| Year Built | **1948** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS® | **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 10617 E Avenue S, Littlerock, CA 93543







LEGEND:  ⌖ Subject Property   ▦ This Property

Map data ©2023 Google

 **Closed**

· *Notice of Foreclosure Sale*

Current Estimated Value

## $552,660

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$475K – $630K**

RVM® Confidence:
★★★★

⬇ RVM® Change
Last 1 Month: **-$32,090**

⬆ RVM® Change
Last 12 Months: **10.37%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **3** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,890** | – |
| Building Area (sq ft) | **1,890** | – |
| Lot Size | **0.92 acres** | – |
| Lot Dimensions | **40029 SF** | – |
| Garage (spaces) | **0** | – |
| Year Built | **1953** | – |
| Heating | **Floor/Wall** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 36875 Littlerock Ranchos Rd, Littlerock, CA 93543







**LEGEND:** 📍 Subject Property ▦ This Property

 **Closed**

· *Notice of Default*

Current Estimated Value

## $624,120

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$562K – $687K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$21,610**

⬆ RVM® Change
Last 12 Months: **3.38%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **3** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,862** | – |
| Building Area (sq ft) | **1,862** | – |
| Lot Size | **2.71 acres** | – |
| Lot Dimensions | **2.707 AC** | – |
| Garage (spaces) | **0** | – |
| Year Built | **1992** | – |
| Heating | **Central** | – |
| Cooling | **Yes** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

◢ RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®     **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 37375 96th St E, Littlerock, CA 93543




Sun Village

Littlerock



Map data ©2023 Google

LEGEND:  ⬤ Subject Property   ▣ This Property

 **Closed**

· *Notice of Default*

Current Estimated Value
## $587,730
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$547K – $629K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$39,790**

⬆ RVM® Change
Last 12 Months: **1.94%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **4** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **1,771** | – |
| Building Area (sq ft) | **1,771** | – |
| Lot Size | **0.93 acres** | – |
| Lot Dimensions | **40343 SF** | – |
| Garage (spaces) | **0** | – |
| Year Built | **1989** | – |
| Heating | **Central** | – |
| Cooling | **Yes** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

◇ RPR          Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    11/21/2023

Greater Antelope Valley
Association of REALTORS®   **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 9733 E Avenue S10, Littlerock, CA 93543





LEGEND:  📍 Subject Property   ▢ This Property

 **Off Market**

· *Notice of Default*

Current Estimated Value
## $396,720
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$361K – $432K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$11,520**

⬇ RVM® Change
Last 12 Months: **-17.15%**

## Home Facts

| Property Type | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | 3 | – |
| Total Baths | 2 | – |
| Full Baths | 2 | – |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,395 | – |
| Building Area (sq ft) | 1,395 | – |
| Lot Size | 0.91 acres | – |
| Lot Dimensions | 39542 SF | – |
| Garage (spaces) | 0 | – |
| Year Built | 1979 | – |
| Heating | Central | – |
| Cooling | Yes | – |
| Construction | Wood | – |
| Number of Units | 0 | – |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 10055 E Avenue R10, Littlerock, CA 93543





Sun Village

E Ave T



Everett Martin
$442k

Map data ©2023 Google

LEGEND:  Subject Property   This Property

 **Closed**

· *Notice of Default*

Current Estimated Value
## $622,820
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$536K – $710K**

RVM® Confidence:
★★★★

▼ RVM® Change
  Last 1 Month: **-$42,610**

▲ RVM® Change
  Last 12 Months: **2.6%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **4** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **2,016** | – |
| Building Area (sq ft) | **2,016** | – |
| Lot Size | **0.91 acres** | – |
| Lot Dimensions | **39683 SF** | – |
| Garage (spaces) | **0** | – |
| Year Built | **2020** | – |
| Heating | **Central** | – |
| Cooling | **Yes** | – |
| Construction | **Wood** | – |
| Number of Units | **0** | – |

◇ RPR    Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    11/21/2023



Greater Antelope Valley
Association of REALTORS® | **Seller's Report**                        8939 E Avenue U, Littlerock, CA 93543

## Market Activity: Expired

| | Subject Property | 33 Expired | 34 Expired | 35 Expired | 36 Expired |
|---|---|---|---|---|---|
| **Address** | 8939 E Avenue U Littlerock, CA 93543 | 10204 E Q-10 Littlerock, CA 93543 | 9242 E Avenue T4 Littlerock, CA 93543 | 7361 Golden Jubilee Ln Littlerock, CA 93543 | 7240 E Avenue U3 Littlerock, CA 93543 |
| **Status** | Subject Property | 33 Expired | 34 Expired | 35 Expired | 36 Expired |
| **Amount** | $442,420 Est. Value | $435,000 List Price | – | – | $389,990 List Price |
| **Listing Date** | – | 5/4/2023 | 10/2/2023 | 7/27/2023 | 9/28/2023 |
| **Days in RPR** | – | 183 | 31 | 92 | 26 |
| **Price Per Sq. Ft.** | $293 | $224 | – | – | $279 |
| **Bedrooms** | 4 | 5 | 4 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 | 2 | 2 |
| **Partial Baths** | | | | | |
| **Total Rooms** | | | | | |
| **Living Area** | 1,508 | 1,939 | 2,348 | 1,451 | 1,398 |
| **Building Area** | 1,508 | 1,939 | 2,348 | 1,451 | 1,398 |
| **Lot Size** | 0.88 acres | 1.04 acres | 0.91 acres | 9,583 sq ft | 8,062 sq ft |
| **Year Built** | 1959 | 1955 | 2006 | 1988 | 1967 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family - Residential | Single Fam Dwelling | Sfd | Single Family - Residential |
| **MLS ID** | – | 23003424 | 23007369 | 23005179 | 23006752 |
| **Listing Broker** | – | Listing Courtesy of NextHome Elite Realty | Listing Courtesy of BGA Properties Inc. | Listing Courtesy of Park Regency Realty | Listing Courtesy of Marro Real Estate, Inc. |
| **Description** | | Huge 5 bedroom 2 bath single-story on 1.04 acres, completely fenced with a 1 bedroom apartment adjacent to the 2-car garage. Every room is huge, including the kitchen! this property was built by the owners father and needs tlc, conventional or cash only sold as-is but great!!! | Ranch style home in littlerock. This property is completly fenced in and features new paint, high ceilings, and plenty of custom lighting throughout. It features a formal living room, dinning room and an open kitchen that leads a den/ dinning area. The kitchen includes stove and dishwasher and has plenty of pantry and cabinet space. The master bedroom with a large bathroom and large walk in closet are on the east side of the house along with the laundry room and 3 car garage. On the west side of the house are 3 more bedrooms, all with walk in closets, ceiling fans and window coverings. There is a hallway bathroom in the west side of the hous… | Beautiful home with swimming pool | **fha eligible** welcome to 7240 e avenue u3, your perfect property in littlerock. This home is conveniently located, it features 3 bedrooms, 2 bathrooms and a spacious living room with newer laminate flooring and paint throughout. Large private backyard with a built-in storage. Call today! |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

## Market Activity: Expired

| | 8939 E Avenue U Littlerock, CA 93543 | 9707 E Avenue S, #4 Littlerock, CA 93543 | 9707 E Avenue S4 Littlerock, CA 93543 | 33000 106th St E Juniper Hills, CA 93543 | 10434 Piute Rd Littlerock, CA 93543 |
|---|---|---|---|---|---|
| **Address** | | | | | |
| **Status** | Subject Property | 37 Expired | 38 Expired | 39 Expired | 40 Expired |
| **Amount** | $442,420 Est. Value | $474,990 List Price | $474,990 List Price | $970,000 List Price | $385,000 List Price |
| **Listing Date** | – | 9/28/2023 | 9/28/2023 | 6/28/2023 | 5/10/2023 |
| **Days in RPR** | – | 26 | 26 | 94 | 141 |
| **Price Per Sq. Ft.** | $293 | $356 | $356 | $359 | $446 |
| **Bedrooms** | 4 | 3 | 3 | 4 | 2 |
| **Total Baths** | 2 | 2 | 2 | 3 | 2 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 1,508 | 1,335 | 1,335 | 2,700 | 864 |
| **Building Area** | 1,508 | 1,335 | 1,335 | 2,700 | 864 |
| **Lot Size** | 0.88 acres | 0.92 acres | 0.92 acres | 9.74 acres | 1.93 acres |
| **Year Built** | 1959 | 1917 | 1917 | 2005 | 1964 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family - Residential | Single Family Residence | Single Family - Residential | Single Family - Residential |
| **MLS ID** | – | 23006249 | SR23178878 | 23004448 | 23003317 |
| **Listing Broker** | – | Listing Courtesy of Marro Real Estate, Inc. | Listing Courtesy of MARRO REAL ESTATE, INC. | Listing Courtesy of Century 21 Yarrow & Associates | Listing Courtesy of Roberson Realty, Inc. |
| **Description** Highlighted fields were changed by agent to reflect knowledge of this property. | | Welcome to 9707 e avenue s4 a gorgeous fully remodeled ranch style home offering 3 bedrooms and 2 bathrooms! you'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is highlighted by new bright white cabinets, modern square edged granite countertops, recessed lighting and all new stainless steel appliances. Find upgrades galore throughout the home, including modern and homey facelifts to the primary and secondary bathroom including, new vanities, decorative mirrors, and upgraded lighting. Step outside into your massive 40,141 sq... | Welcome to 9707 e avenue s4 a gorgeous fully remodeled ranch style home offering 3 bedrooms and 2 bathrooms! you'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is highlighted by new bright white cabinets, modern square edged granite countertops, recessed lighting and all new stainless steel appliances. Find upgrades galore throughout the home, including modern and homey facelifts to the primary and secondary bathroom including, new vanities, decorative mirrors, and upgraded lighting. Step outside into your massive 40,141 sq... | Wonderful nice ranch custom home built 2005 one story home with 9.75 acres with 400 mix fruit trees. Own good two well. Septic, 4b and 3bath. Nice open space kitchen and family room and high ceilings, master suit with walking closet in all bathrooms with a shower and bathtub, workshop large 3 car garage, the property is all fenced. Good location must see | This beautiful and renovated home neighbors the angeles national forest boundary line, offering stunning views and peaceful living. Very well maintained. The whole house has been updated. Features include updated kitchen with nice white cabinetry, fresh quartz counter tops and stainless steel appliances. Updated flooring throughout includes warm wood flooring in living and guest bedroom, saltillo tile in master bedroom, and brick floor in the kitchen. A cozy fireplace in the living room as well as a wood burning stove in the primary bedroom. Storage shed in the fenced backyard. This sale includes two parcels apn 3059-017-061 and 3059-017... |

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS® | **Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 10204 E Q-10, Littlerock, CA 93543





LEGEND: Subject Property | This Property

## Expired

- *Expired: 11/3/2023*
- *MLS Listing 23003424: 5/4/2023*

### List Price

## $435,000

Expired Date: 11/3/2023
Days in RPR: 183
Last Price Update: 6/7/2023

Huge 5 bedroom 2 bath single-story on 1.04 acres, completely fenced with a 1 bedroom apartment adjacent to the 2-car garage. Every room is huge, including the kitchen! This property was built by the owners father and needs TLC, Conventional or cash only sold as-is but great!!!

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family |
| Property Subtype | – | Single Family - Residential |
| Bedrooms | – | 5 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | |
| Living Area (sq ft) | – | 1,939 |
| Building Area (sq ft) | – | 1,939 |
| Lot Size | – | 1.04 acres |
| Garage (spaces) | – | 2 |
| Pool | – | None |
| Year Built | – | 1955 |
| Roofing | – | Composition |
| Cooling | – | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Raised |
| Exterior Walls | – | Stucco, Wood |
| Number of Stories | – | 1 Story |

*Listing Courtesy of NextHome Elite Realty*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

**Greater Antelope Valley Association of REALTORS®** | **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 9242 E Avenue T4, Littlerock, CA 93543





LEGEND:  Subject Property    This Property

## Expired

- Expired: 11/2/2023
- MLS Listing 23007360: 10/2/2023

### List Price

—

Expired Date: 11/2/2023
Days in RPR: 31

### Current Estimated Value

## $560,000

Last AVM Update: 11/7/2023

AVM Est. Range:
**$470K – $650K**

AVM Confidence:
★★★

⬇ AVM Change
Last 1 Month: **-$28,000**

⬆ AVM Change
Last 12 Months: **7.07%**

Ranch Style home in Littlerock. This property is completely fenced in and features new paint, high ceilings, and plenty of custom lighting throughout. It features a formal living room, dinning room and an open kitchen that leads a den/ dinning area. The kitchen includes stove and dishwasher and has...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Fam Dwelling |
| Bedrooms | 4 | 4 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | — | — |
| Living Area (sq ft) | 2,348 | 2,348 |
| Building Area (sq ft) | 2,348 | — |
| Lot Size | 0.91 acres | 0.91 acres |
| Lot Dimensions | 39624 SF | — |
| Garage (spaces) | 0 | 3 |
| Pool | — | None |
| Year Built | 2006 | 2006 |
| Roofing | — | Shingle |
| Heating | Central | Central Heat - Gas |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | — | Yes |
| Construction | Wood | — |
| Number of Units | 0 | — |
| Number of Stories | — | 1 Story |

*Listing Courtesy of BGA Properties Inc.*

 RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 7361 Golden Jubilee Ln, Littlerock, CA 93543





LEGEND: ⬤ Subject Property  ▢ This Property

## ▨ Expired

- Expired: 10/27/2023
- MLS Listing 23005179: 7/27/2023

### List Price

**—**

Expired Date: 10/27/2023
Days in RPR: 92

### Current Estimated Value

## $509,690

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$443K – $576K**

RVM® Confidence:
★★★★

⬇ RVM® Change
Last 1 Month: **-$27,370**

⬇ RVM® Change
Last 12 Months: **-0.54%**

Beautiful home with swimming
pool

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | Single Family |
| Property Subtype | **Single Family Residential** | Sfd |
| Bedrooms | **3** | 3 |
| Total Baths | **2** | 2 |
| Full Baths | **2** | 2 |
| Partial Baths | **–** | |
| Living Area (sq ft) | **1,451** | 1,451 |
| Building Area (sq ft) | **1,451** | – |
| Lot Size | **9,583 sq ft** | 9,583 sq ft |
| Lot Dimensions | **9583 SF** | |
| Garage | | **Attached** |
| Garage (spaces) | **0** | 2 |
| Pool | **Yes** | Yes |
| Year Built | **1988** | 1988 |
| Roofing | **–** | **Composition, Shingle** |
| Heating | **Central** | None |
| Cooling | **Yes** | **Central Air/Refrig** |
| Fireplaces | **–** | None |
| Construction | **Wood** | – |
| Number of Units | **0** | |
| Number of Stories | | **1 Story** |

*Listing Courtesy of Park Regency Realty*

◢◣ RPR

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 🏠

11/21/2023

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**        8939 E Avenue U, Littlerock, CA 93543

# 7240 E Avenue U3, Littlerock, CA 93543





LEGEND: 🏠 Subject Property    ▢ This Property

🏠 **Expired**

· Expired: 10/24/2023
· MLS Listing 23006752: 9/28/2023

**List Price**
## $389,990
Expired Date: 10/24/2023
Days in RPR: 26

**Current Estimated Value**
## $390,460
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$383K – $398K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$390**

⬆ RVM® Change
Last 12 Months: **4.53%**

**FHA Eligible** Welcome to 7240 E Avenue U3, your perfect property in Littlerock. This home is conveniently located, it features 3 bedrooms, 2 bathrooms and a spacious living room with newer laminate flooring and paint throughout. Large private backyard with a built-in storage. CALL TODAY!

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 3 | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,398 | 1,398 |
| Building Area (sq ft) | 1,398 | 1,398 |
| Lot Size | 8,062 sq ft | 8,062 sq ft |
| Lot Dimensions | 8062 SF | – |
| Garage | – | Attached |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1967 | 1967 |
| Roofing | – | Shingle |
| Heating | Central | – |
| Cooling | – | Central Air/Evap |
| Fireplaces | – | None |
| Foundation | – | Concrete Slab |
| Construction | Wood | – |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | 0 | – |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Marro Real Estate, Inc.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.        🏠

11/21/2023

**Greater Antelope Valley Association of REALTORS®** | **Seller's Report**                          8939 E Avenue U, Littlerock, CA 93543

# 9707 E Avenue S, #4, Littlerock, CA 93543







**LEGEND:** 🏠 Subject Property    ▢ This Property

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | **Single Family** |
| Property Subtype | – | **Single Family - Residential** |
| Bedrooms | – | **3** |
| Total Baths | – | **2** |
| Full Baths | – | **2** |
| Partial Baths | – | **–** |
| Living Area (sq ft) | – | **1,335** |
| Building Area (sq ft) | – | **1,335** |
| Lot Size | – | **0.92 acres** |
| Garage | – | **Detached** |
| Garage (spaces) | – | **2** |
| Pool | – | **None** |
| Year Built | – | **1917** |
| Roofing | – | **Shingle** |
| Cooling | – | **Central Air/Refrig** |
| Fireplaces | – | **Yes** |
| Foundation | – | **Concrete Slab** |
| Exterior Walls | – | **Stucco, Wood** |
| Number of Stories | – | **1 Story** |

*Listing Courtesy of Marro Real Estate, Inc.*

---

▢ **Expired**
- *Expired: 10/24/2023*
- *MLS Listing 23006749: 9/28/2023*

**List Price**
# $474,990
Expired Date: 10/24/2023
Days in RPR: 26

Welcome to 9707 E Avenue S4 a gorgeous fully remodeled Ranch Style home offering 3 bedrooms and 2 bathrooms! You'll absolutely love the facelift this home has received. Step into a bright, open airy living room with new paint, new light fixtures and a cozy fireplace. The kitchen is highlighted by n...

◇ RPR                     Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
                        Information is not guaranteed. Equal Housing Opportunity.                          11/21/2023

Greater Antelope Valley
Association of REALTORS®  |  **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# 9707 E Avenue S4, Littlerock, CA 93543







LEGEND:  📍 Subject Property     ⬜ This Property

## Expired

- Expired: 10/24/2023
- MLS Listing SR23178878: 9/28/2023

**List Price**

# $474,990

Expired Date: 10/24/2023
Days in RPR: 26

**Current Estimated Value**

## $454,590

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$445K – $464K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: -$4,480

⬆ RVM® Change
Last 12 Months: —

Welcome to 9707 E Avenue S4
a gorgeous fully remodeled
Ranch Style home offering 3
bedrooms and 2 bathrooms!
You'll absolutely love the facelift
this home has received. Step
into a bright, open airy living
room with new paint, new light
fixtures and a cozy fireplace.
The kitchen is highlighted by n…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family Residence |
| Bedrooms | 2 | 3 |
| Total Baths | 1 | 2 |
| Full Baths | 1 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,286 | 1,335 |
| Building Area (sq ft) | 1,286 | 1,335 |
| Lot Size | 0.92 acres | 0.92 acres |
| Lot Dimensions | 40141 SF | |
| Garage | – | Yes |
| Garage (spaces) | 0 | 2 |
| Pool | – | None |
| Year Built | 1917 | 1917 |
| Roofing | – | Shingle |
| Cooling | – | Central Air |
| Fireplaces | – | Yes |
| Construction | Wood | – |
| Number of Units | 0 | – |
| Number of Stories | – | 1 |

*Listing Courtesy of MARRO REAL ESTATE, INC.*

 RPR                    Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    11/21/2023

Greater Antelope Valley
Association of REALTORS®    **Seller's Report**    8939 E Avenue U, Littlerock, CA 93543

# 33000 106th St E, Juniper Hills, CA 93543





Littlerock $442k (138)

Pearblossom

$970k    N6

 

Map data ©2023 Google

LEGEND:   Subject Property   ▢ This Property

## Expired

- Expired: 9/30/2023
- MLS Listing 23004448: 6/28/2023

**List Price**

### $970,000

Expired Date: 9/30/2023
Days in RPR: 94

Current Estimated Value

## $855,570

Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$804K – $907K**

RVM® Confidence:
★★★★★

⬇ RVM® Change
Last 1 Month: **-$850**

⬆ RVM® Change
Last 12 Months: –

Wonderful Nice Ranch Custom Home Built 2005 one story home with 9.75 Acres With 400 mix Fruit Trees. Own Good Two well. Septic, 4b and 3bath. Nice open space kitchen and family room and high ceilings, Master suit with walking closet in all bathrooms with a shower and bathtub, workshop large 3 car...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 4 | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 3 | 3 |
| Partial Baths | – | – |
| Living Area (sq ft) | 2,700 | 2,700 |
| Building Area (sq ft) | 2,700 | 2,700 |
| Lot Size | 9.74 acres | 9.74 acres |
| Lot Dimensions | 9.738 AC | |
| Garage | – | Attached, Carport, Converted, Detached, Direct Access |
| Garage (spaces) | 0 | 3 |
| Pool | – | Yes |
| Year Built | 2005 | 2005 |
| Roofing | – | Tile |
| Heating | Central | Central Heat - Gas, Propane, Solar Heat |
| Cooling | Yes | Central Air/Refrig |
| Fireplaces | – | Yes |
| Foundation | – | Concrete Slab |
| Construction | Wood | |
| Exterior Walls | – | Stucco, Wood |
| Number of Units | 0 | |
| Number of Stories | – | 1 Story |

*Listing Courtesy of Century 21 Yarrow & Associates*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley
Association of REALTORS®

**Seller's Report**

8939 E Avenue U, Littlerock, CA 93543

# 10434 Piute Rd, Littlerock, CA 93543





Sun Village

Littlerock $442k (138)

Pearblossom

LONGVIEW

Ju r Hills        Valyermo
$385k

Map data ©2023 Google

LEGEND: 🏠 Subject Property  ▢ This Property

**Expired**
- Expired: 9/28/2023
- MLS Listing 23003317: 5/10/2023

### List Price
## $385,000
Expired Date: 9/28/2023
Days in RPR: 141
Last Price Update: 6/22/2023

### Current Estimated Value
## $342,170
Last RVM® Update: 11/7/2023

RVM® Est. Range:
**$322K – $363K**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$8,600**

⬆ RVM® Change
Last 12 Months: —

This beautiful and renovated home neighbors the Angeles National Forest boundary line, offering stunning views and peaceful living. Very well maintained. The whole house has been updated. Features include updated Kitchen with nice white cabinetry, fresh quartz counter tops and stainless steel appl...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family - Residential |
| Bedrooms | 2 | 2 |
| Total Baths | 1 | 2 |
| Full Baths | 1 | 2 |
| Partial Baths | — | — |
| Living Area (sq ft) | 864 | 864 |
| Building Area (sq ft) | 864 | 864 |
| Lot Size | 1 acre | 1.93 acres |
| Lot Dimensions | 43533 SF | — |
| Garage | — | None |
| Garage (spaces) | 0 | — |
| Pool | — | None |
| Year Built | 1964 | 1964 |
| Roofing | — | Shingle |
| Heating | Floor/Wall | Propane, Wall Furnace |
| Cooling | — | Evaporative, Hall |
| Fireplaces | — | Yes |
| Foundation | — | Concrete Slab |
| Construction | Wood | — |
| Exterior Walls | — | Block, Frame |
| Number of Units | 0 | — |
| Number of Stories | — | 1 Story |

*Listing Courtesy of Roberson Realty, Inc.*

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS® | **Seller's Report**          8939 E Avenue U, Littlerock, CA 93543

# Recommended Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the User Selected Comps are closed prices where available.

|  | Market Activity For Sale Listings | Market Activity Closed | Market Activity Distressed | Market Activity Expired Listings | Market Activity Pending Sales |
|---|---|---|---|---|---|
| **Lowest Price** | $390,000 | $445,000 | $277,000 | $385,000 | $279,000 |
| **Median Price** | $474,990 | $502,500 | $525,830 | $474,990 | $432,495 |
| **Highest Price** | $2,500,000 | $650,000 | $624,120 | $970,000 | $649,999 |
| **Median Price Per Sq. Ft.** | $356 | $294 | $308 | $354 | $255 |
| **Median Days in RPR** | 20 | 42 | – | 62 | 30 |

## Sold Price Comparison

This section compares prices for 3 properties in the subject property's ZIP code with a similar number of beds and baths, sold within the past 90 days.

|  | Sold Price | Price Per Sq. Ft. |
|---|---|---|
| **Lowest Price** | $460,000 | $244 |
| **Median Price** | $505,000 | $316 |
| **Highest Price** | $565,000 | $352 |

## Sellers

_____          _____
Signature                                        Date

_____          _____
Signature                                        Date

## Broker / Agent

_____          _____
Signature                                        Date

 **Greater Antelope Valley Association of REALTORS®** | **Seller's Report**                    8939 E Avenue U, Littlerock, CA 93543

# Seller's Net Sheet

|  | Amount |
|---|---|
| **Price** | $ |
| **Encumbrances** | |
| First Loan Payoff Amount (estimated) | $ |
| Second Loan Payoff Amount (estimated) | $ |
| **Estimated Closing Costs** | |
| Commissions | $ |
| Escrow Items | $ |
| Escrow Fees | $ |
| Home Warranty | $ |
| Other Work | $ |
| Pest Inspection | $ |
| Tax Stamp | $ |
| Termite Work | $ |
| Title Insurance | $ |
| **Seller Concessions** | $ |
| **Seller Conveyances** | $ |
| **Other** | $ |
| **Net Cash to Seller** | $ |

*I understand that the above is an estimate only and not the actual costs which would be incurred if an actual sale is consummated. The estimated amounts above are not guaranteed in any way.*

_____

Seller                                                                date

Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

 Greater Antelope Valley Association of REALTORS® | Seller's Report                                        8939 E Avenue U, Littlerock, CA 93543

# About RPR (Realtors Property Resource)



- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.

- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.

- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.

- This report has been provided to you by a member of the NAR.

# About RPR's Data



RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:

- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.

- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.

- **Market conditions and forecasts** based on listing and public records data.

- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.

- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.

- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.

- **School data and reviews** from Niche.

- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

# Update Frequency

- Listings and public records data are updated on a continuous basis.

- Charts and statistics calculated from listing and public records data are refreshed monthly.

- Other data sets range from daily to annual updates.

# Learn more

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com

 


Copyright 2023 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2023

**Fill in this information to identify your case:**

Debtor 1    Sky Shadow
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number    2:24-bk-15247
(if know) _____

☐ Check if this is
an amended
filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---------|-------------------------|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:    $ 48,274.00    $ 442,420.00    $ 0.00

Sps
_____
Creditor's Name

P.O. Box 65250
_____
Number    Street

Salt Lake City UT    84165
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
community debt**

**Date debt was incurred** 05-28-2004

8939 East Ave U, Littlerock, CA 93543 - $442,420.00 1st T.D.

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 9959

Debtor  Sky Shadow
     First Name     Middle Name     Last Name

Case number *(if known)* 2:24-bk-15247

| 2.2 | | Describe the property that secures the claim: | $ 5,350.00 | $ 442,420.00 | $ 0.00 |

**(Unifund LLC. Ohio) Law Office of**
Creditor's Name

**Kenosian and Miele, LLP**

8581 Santa Monica Blvd.
Number          Street

#17

Los Angeles CA     90069
City       State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

8939 East Ave U, Littlerock, CA 93543 - $442,420.00
Judgment Lien

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 9959

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 53,624.00

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

# EXHIBIT "C"

**SPS** SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
**www.spservicing.com**

Sign up for paperless delivery
at www.spservicing.com

Paperless

**Mortgage Statement**
Statement Date: 07/15/2024
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Friday     8:00AM - 9:00PM ET
Saturday     8:00AM - 2:00PM ET

*For other important information, see reverse side*

+ 2154188 00002926B 1300   P2

Sky D Shadow
8939 E Avenue U
Littlerock, CA 93543-3104

2926B

| Account Number | 959 |
| Property Address | 8939 E AVE U LITTLEROCK CA 93543 |
| Account Due Date | 09/01/2024 |
| Payment Due Date | 09/01/2024 |
| **Payment Amount** | **$448.61** |

### Explanation of Payment Amount

| Principal | | $76.24 |
|---|---|---|
| Interest | | $158.28 |
| Escrow (Taxes and Insurance) | | $214.09 |
| **Regular Monthly Payment** | | **$448.61** |
| Unpaid Late Charges | | $0.00 |
| Other Charges and Fees | | $0.00 |
| Charges / Fees this Period | $0.00 | |
| Past Unpaid Amount(s) | | $0.00 |
| Unapplied Payment(s) | | $0.00 |
| **Total Payment Amount** | | **$448.61** |

### Account Information

| Interest Bearing Principal | $47,482.62 |
|---|---|
| Deferred Principal | $567.72 |
| Outstanding Principal [1] | $48,050.34 |
| Interest Rate (Until Feb. 2056) | 4.000% |
| Prepayment Penalty | No |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

### Transaction Activity (06/15/2024 to 07/15/2024)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $48,162.60 | $158.65 | ($947.72) | $0.00 | $0.00 | $47,373.53 |
| 07/01 | PAYMENT | (75.87) | (158.65) | (214.09) | 0.00 | 0.00 | (448.61) |
| 07/01 | PRINCIPAL PAYMENT | (36.39) | 0.00 | 0.00 | 0.00 | 0.00 | (36.39) |
| 07/15 | ENDING BALANCE | $48,050.34 | $0.00 | ($1,161.81) | $0.00 | $0.00 | $46,888.53 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $112.26 | $640.62 |
| Interest | $158.65 | $957.24 |
| Escrow (Taxes and Insurance) | $214.09 | $1,312.14 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$485.00** | **$2,910.00** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.



---

**Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.**

# EXHIBIT "D"

**This page is part of your document - DO NOT DISCARD**

# 20140769017





Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/25/14 AT 08:04AM**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 33.00 |



**L E A D S H E E T**

201407250290003

00009435054

006309266

**SEQ:
01**

DAR - Courier (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY AND MAIL TO.
(Name and mailing address, including city, state,
and ZIP code, of requesting party)

KENNETH J. MIELE, BAR #165730
LAW OFFICES OF KENOSIAN & MIELE, LLP
8581 SANTA MONICA BLVD., #17
LOS ANGELES, CA 90069



07/25/2014

*20140769017*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# DOCUMENT TITLE

☒ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☐ OTHER (specify).

# 111322 -10J
UNIFUND CCR, LLC  Vs. SHADOW

RECORDER'S COVER SHEET



**EJ-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number)* <br> Recording requested by and return to <br> **LAW OFFICES OF KENOSIAN & MIELE, LLP** <br> KENNETH J. MIELE, BAR #165730 <br> 8581 SANTA MONICA BLVD., #17 <br> LOS ANGELES, CA 90069 <br> PHONE: 888-566-7644    FAX: 310-289-5177 <br> ☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

STREET ADDRESS    9425 PENFIELD AVENUE
MAILING ADDRESS    9425 PENFIELD AVENUE
CITY AND ZIP CODE    CHATSWORTH, CA 91311
BRANCH NAME    CHATSWORTH LIMITED CIVIL

FOR RECORDER'S USE ONLY

PLAINTIFF: UNIFUND CCR, LLC , A Limited Liability Company

DEFENDANT: SKY D. SHADOW

| | |
|---|---|
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    ☐ Amended | **CASE NUMBER** <br> 14A02122 |

FOR COURT USE ONLY

1. The  ☒ judgment creditor  ☐ assignee of record applies for an abstract of judgment and represents the following.
   a. Judgment debtor's
      Name and last known address

      SKY D SHADOW
      8939 E AVENUE U
      LITTLEROCK , CA 93543

   b. Driver's license no. [last 4 digits] and state:                    ☒ Unknown
   c. Social security no. [last 4 digits]: 7799                           ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* SKY D. SHADOW
      8939 E. AVENUE U  LITTLEROCK, CA 93543

2. ☐  Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   UNIFUND CCR, LLC , A Limited Liability Company
   8581 Santa Monica Blvd , #17 Los Angeles, CA 90069

Date: 06-23-14

KENNETH J MIELE, ATTORNEY FOR UNIFUND CCR, LLC
(TYPE OR PRINT NAME)                              ▶

4. ☐  Information on additional judgment creditors is shown on page 2.

5. ☐  Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 2715.78

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 06-16-14
   b. Renewal entered on *(date):*

9. ☐  This judgment is an installment judgment.

10. ☐  An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows.
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒  I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐  A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*

**JUL 2 2 2014**

Clerk, by

Sherri R. Carter, Deputy
Frederick Sug loba

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

4

| | CASE NUMBER |
|---|---|
| PLAINTIFF: UNIFUND CCR, LLC , A Limited Liability Company | 14A02122 |
| DEFENDANT: SKY D. SHADOW | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.    Name and last known address

17.    Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to (address):

18.    Name and last known address

19.    Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**This page is part of your document - DO NOT DISCARD**



## 20230201543



Pages:
0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/30/23 AT 10:05AM**

| FEES: | 40.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 115.00 |



L E A D S H E E T



202303302880018

**00023309444**



013989487

**SEQ:
01**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**



RECORDING REQUESTED BY AND MAIL TO:
*(Name and mailing address, including city, state, and ZIP code, of requesting party)*

JOHN P. KENOSIAN, BAR #80261
LAW OFFICES OF KENOSIAN & MIELE, LLP
8581 SANTA MONICA BLVD., #17
LOS ANGELES, CA 90069



23309444

Batch Number: 13989487

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☒ OTHER *(specify):*  APPLICATION FOR AND RENEWAL OF JUDGMENT

RECORDER'S COVER SHEET                                    #111322−SHADOW, SKY  D

Electronically FILED by Superior Court of California, County of Los Angeles on 12/05/2022 11:00 AM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Manashyan, Deputy Clerk

**EJ-190**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
John P. Kenosian, Bar #80261
Law Offices of Kenosian & Miele, LLP
8581 Santa Monica Blvd. #17
Los Angeles, Ca 90069

TEL NO.: 888-566-7644   FAX NO. *(optional)*: 310-289-5177
E-MAIL ADDRESS *(optional)*:

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 9425 PENFIELD AVENUE
MAILING ADDRESS: 9425 PENFIELD AVENUE
CITY AND ZIP CODE: CHATSWORTH, CA 91311
BRANCH NAME: CHATSWORTH LIMITED CIVIL

PLAINTIFF: UNIFUND CCR, LLC A Limited Liability Company
DEFENDANT: SKY D. SHADOW

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

FOR RECORDER'S USE ONLY

CASE NUMBER
14A02122

FOR COURT USE ONLY

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   UNIFUND CCR, LLC A Limited Liability Company
   8581 Santa Monica Blvd. #17
   Los Angeles, Ca 90069

2. Judgment debtor *(name and last known address)*:
   SKY D. SHADOW
   8939 E AVENUE U
   LITTLEROCK . CA 93543

3. Original judgment
   a. Case number *(specify)*:  14A02122
   b. Entered on *(date)*:  06-16-14
   c. Recorded:
      (1) Date: 07-25-14
      (2) County: LOS ANGELES
      (3) Instrument No.: 20140769017

4. [ ]  Judgment previously renewed *(specify each case number and date)*:

5. [X]  Renewal of money judgment
   | | | |
   |---|---|---|
   | a. Total judgment . . . . . . . . . . . . . . . . . . . . $ | | 2715.79 |
   | b. Costs after judgment . . . . . . . . . . . . . . . $ | | 163.00 |
   | c. Subtotal *(add a and b)* . . . . . . . . . . . . . $ | | 2878.79 |
   | d. Credits after judgment . . . . . . . . . . . . . $ | | 0.00 |
   | e. Subtotal *(subtract d from c)* . . . . . . . . $ | | 2878.79 |
   | f. Interest after judgment . . . . . . . . . . . . . $ | | 2426.59 |
   | g. Fee for filing renewal application . . . . . . . . $ | | 45.00 |
   | h. Total renewed judgment *(add e, f, and g)* $ | | 5350.38 |

   i. [ ]  The amounts called for in items a–h are different for each debtor.
      These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

111322

| SHORT TITLE: UNIFUND CCR, LLC A Limited Liability Company vs. SHADOW, et al. | CASE NUMBER: 14A02122 |
|---|---|

6. ☐  Renewal of judgment for  ☐ possession.
☐ sale.

a. ☐  If judgment was not previously renewed, terms of judgment as entered:

b. ☐  If judgment was previously renewed, terms of judgment as last renewed:

c. ☐  Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11-17-22

John P. Kenosian, Attorney for Plaintiff
_____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

EJ-190 [Rev. July 1, 2014]    **APPLICATION FOR AND RENEWAL OF JUDGMENT**    Page 2 of 2



I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of 2 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.

Date JAN 2 6 2023   By _____ Deputy

JANE FLORES

# EXHIBIT "F"

## DECLARATION OF SKY D. SHADOW

I, Sky D. Shadow, declare as follows:

1.  I am over the age of eighteen years of age. The matters set forth herein are of our own personal knowledge and if called and sworn as witness herein, we could and would so testify.

2.  I am the debtor in the Chapter 7 case filed on July 2, 2024 and given case number 2:24-bk15247 NB

3.  In my opinion, the fair market value of my residence located at 8939 E. Avenue U, Littlerock, CA 93543, at the time of filing my Chapter 7 petition, was $442,420.00. This opinion is based on knowledge of the neighborhood wherein the residence is located, the prices for which comparable residences were being sold, and a Sellers Report Valuation conducted by Delia Jimenez on November 11, 2023. A true and correct copy of the Sellers Report is attached hereto and incorporated herein as **Exhibit "B"**

4.  At the time of filing, I owed $48,274.00 on a 1st Trust Deed held by SPS, Select Portfolio Servicing Inc. A true and correct copy of my Select Portfolio Servicing mortgage statement dated November 14, 2023 is attached hereto and incorporated herein as **Exhibit "C"**

5.  An Abstract of Judgment, filed by Unifund CCR, LLC was recorded against my property on July 25, 2014. A true and correct copy of the Unifund CCR, LLC recorded Abstract Judgment, is attached hereto and incorporated herein as **Exhibit "D"**

6.    The Judgment was renewed on March 30,2023. A true and correct copy of the

Unifund CCR, LLC recorded Renewal of Judgment, is attached hereto and

incorporated herein as **Exhibit "E"**

7.    A true and correct copy of the Select Porfolio Servicing recorded First Deed of Trust,

which I accessed through the Los Angeles County Recorders office, is attached hereto

and incorporated herein as **Exhibit "G"**

I declare under penalty of perjury under the laws of the State of California, that the foregoing

is true and correct to the best of my knowledge.

DATED: 9/23/24

Sky Shadow

## DECLARATION OF DELIA JIMENEZ

I, Delia Jimenez, declare as follows:

1. I am over the age of eighteen. I am familiar with the matters set forth herein and if called and sworn as a witness, I could and would so testify.

2. I am a Real Estate Broker licensed in the state of California and given license number 00853878 and 01318852

3. I was hired by the debtor, Sky Shadow.

4. I make this decision based upon my personal and firsthand knowledge, my education, training and experience as a licensed residential appraiser.

5. On or about November 21, 2023, I had occasion to conduct an Sellers Report valuation of the Real Property located at 8939 E Avenue U, Littlerock, CA 93543 (SEE EXHIBIT "B" ATTACHED HERETO AND INCORPORATED HEREIN AS IF FULLY SET FORTH AT THIS POINT)

6. In determining the fair market value of the Real Property, I used the sales comparison approach. It is my professional opinion that the sales approach is the most reliable in determining the fair market value because it more accurately reflects buyers' perceptions and actions.

7. Based upon my training, education and experience as a licensed real estate appraiser, it is my professional opinion that the Real Property had a fair market value of $442,400.00 as of 11/21/2023.

8. I have no present or contemplated future interest in the Real Property. Neither my employment nor my compensation for this appraisal is contingent on the value found.

Docusign Envelope ID: 5B9D55D2-C726-4299-A232-C50297420E34

1

2

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct to the best of my knowledge.

5
                    24th day of Sept.
6    Executed this __ day of _____, 2024 at  Palmdale _____, California.

7

8

9

10    *delia jimenez*

11        Delia Jimenez   Real Estate Broker

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT "G"



**L E A D   S H E E T**

00 0281237

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

FEB  25  2000  AT 8 A.M.

SPACE ABOVE THIS LINE FOR RECORDERS USE

## TITLE(S)

FEE                                                        D.T.T.

FEE $  4 3  U
        /3

CODE     D.A. FEE Code 20        $ 2.00
20

CODE
19

CODE
9___

NOTIFICATION SENT $4

Assessor's Identification Number (AIN)
To Be Completed By Examiner OR Title Company In Black Ink        Number of Parcels Shown

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY:
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.

AND WHEN RECORDED MAIL TO:
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.
P.O. BOX 6060
3501 JAMBOREE ROAD
NEWPORT BEACH, CA 92658-6060

**00  0281237**

Loan No. 9023740251
Title Order No. 204600205-19
Escrow No. 206016026-H95
APN 3046-017-038

# DEED OF TRUST

THIS DEED OF TRUST ("Security Instrument") is made on **February 3, 2000**                    . The trustor is
**SKY D SHADOW, An Unmarried Woman**

("Borrower"). The trustee is **DSL SERVICE COMPANY, A CALIFORNIA CORPORATION**

("Trustee"). The beneficiary is **DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.**

which is organized and existing under the laws of **CALIFORNIA**                    , and whose
address is **3501 JAMBOREE ROAD, NEWPORT BEACH, CA 92660**
                                        ("Lender"). Borrower owes Lender the principal sum of
**Sixty-Nine Thousand and No/100 -------------------------------------------------**
**------------------------------------------** Dollars (U.S. $ **69,000.00**        ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly
payments, with the full debt, if not paid earlier, due and payable on **March 1, 2007**              . This Security
Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and
modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of
this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the
Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described
property located in **LOS ANGELES**                                                                County, California:
**LOT 277 OF TRACT NO 9210 IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 148 PAGES 51 TO 55 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.**

which has the address of  **8939 EAST AVENUE U**                              **LITTLEROCK**          [Street, City],
California       **93543**              [Zip Code] ("Property Address");
**CALIFORNIA**- Single Family - FNMA/FHLMC
   **UNIFORM INSTRUMENT**  Form 3005 9/90
VMP **-6H(CA)**(9806)              Amended 12/93
Page 1 of 6                     Initials: _____
          VMP MORTGAGE FORMS - (800)521-7291

9023740251

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest; Prepayment and Late Charges.**    Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

**2. Funds for Taxes and Insurance.**    Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. Section 2601 *et seq.* ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. However, Lender may require Borrower to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender may agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for all sums secured by this Security Instrument.

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to Borrower for the excess Funds in accordance with the requirements of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify Borrower in writing, and, in such case Borrower shall pay to Lender the amount necessary to make up the deficiency. Borrower shall make up the deficiency in no more than twelve monthly payments, at Lender's sole discretion.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender. If, under paragraph 21, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument.

**3. Application of Payments.**    Unless applicable law provides otherwise, all payments received by Lender under paragraphs 1 and 2 shall be applied: first, to any prepayment charges due under the Note; second, to amounts payable under paragraph 2; third, to interest due; fourth, to principal due; and last, to any late charges due under the Note.

**4. Charges; Liens.**    Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Security Instrument, and leasehold payments or ground rents, if any. Borrower shall pay these obligations in the manner provided in paragraph 2, or if not paid in that manner, Borrower shall pay them on time directly to the person owed payment. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. If Borrower makes these payments directly, Borrower shall promptly furnish to Lender receipts evidencing the payments.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice.

Initials: _SDS_

VMP -6H(CA) (9806)         Page 2 of 6         Form 3005 9/90

**00 0281237**

9023740251

4

**5. Hazard or Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage" and any other hazards, including floods or flooding, for which Lender requires insurance. This insurance shall be maintained in the amounts and for the periods that Lender requires. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld. If Borrower fails to maintain coverage described above, Lender may, at Lender's option, obtain coverage to protect Lender's rights in the Property in accordance with paragraph 7.

All insurance policies and renewals shall be acceptable to Lender and shall include a standard mortgage clause. Lender shall have the right to hold the policies and renewals. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

Unless Lender and Borrower otherwise agree in writing, insurance proceeds shall be applied to restoration or repair of the Property damaged, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. If Borrower abandons the Property, or does not answer within 30 days a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may collect the insurance proceeds. Lender may use the proceeds to repair or restore the Property or to pay sums secured by this Security Instrument, whether or not then due. The 30-day period will begin when the notice is given.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of the payments. If under paragraph 21 the Property is acquired by Lender, Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Security Instrument immediately prior to the acquisition.

**6. Occupancy, Preservation, Maintenance and Protection of the Property; Borrower's Loan Application; Leaseholds.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within sixty days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control. Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate, or commit waste on the Property. Borrower shall be in default if any forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith judgment could result in forfeiture of the Property or otherwise materially impair the lien created by this Security Instrument or Lender's security interest. Borrower may cure such a default and reinstate, as provided in paragraph 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's good faith determination, precludes forfeiture of the Borrower's interest in the Property or other material impairment of the lien created by this Security Instrument or Lender's security interest. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy of the Property as a principal residence. If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**7. Protection of Lender's Rights in the Property.** If Borrower fails to perform the covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture or to enforce laws or regulations), then Lender may do and pay for whatever is necessary to protect the value of the Property and Lender's rights in the Property. Lender's actions may include paying any sums secured by a lien which has priority over this Security Instrument, appearing in court, paying reasonable attorneys' fees and entering on the Property to make repairs. Although Lender may take action under this paragraph 7, Lender does not have to do so.

Any amounts disbursed by Lender under this paragraph 7 shall become additional debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

**8. Mortgage Insurance.** If Lender required mortgage insurance as a condition of making the loan secured by this Security Instrument, Borrower shall pay the premiums required to maintain the mortgage insurance in effect. If, for any reason, the mortgage insurance coverage required by Lender lapses or ceases to be in effect, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the mortgage insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the mortgage insurance previously in effect, from an alternate mortgage insurer approved by Lender. If substantially equivalent mortgage insurance coverage is not available, Borrower shall pay to Lender each month a sum equal to one-twelfth of the yearly mortgage insurance premium being paid by Borrower when the insurance coverage lapsed or ceased to be in effect. Lender will accept, use and retain these payments as a loss reserve in lieu of mortgage insurance. Loss reserve

VMP-6H(CA) (9806)                    Page 3 of 6                    Initials: _____    Form 3005 9/90

**00 0281237**

9023740251

*5*

payments may no longer be required, at the option of Lender, if mortgage insurance coverage (in the amount and for the period that Lender requires) provided by an insurer approved by Lender again becomes available and is obtained. Borrower shall pay the premiums required to maintain mortgage insurance in effect, or to provide a loss reserve, until the requirement for mortgage insurance ends in accordance with any written agreement between Borrower and Lender or applicable law.

**9. Inspection.** Lender or its agent may make reasonable entries upon and inspections of the Property. Lender shall give Borrower notice at the time of or prior to an inspection specifying reasonable cause for the inspection.

**10. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender.

In the event of a total taking of the Property, the proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the taking, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the taking, divided by (b) the fair market value of the Property immediately before the taking. Any balance shall be paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is less than the amount of the sums secured immediately before the taking, unless Borrower and Lender otherwise agree in writing or unless applicable law otherwise provides, the proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the condemnor offers to make an award or settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the proceeds, at its option, either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of such payments.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Successors and Assigns Bound; Joint and Several Liability; Co-signers.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 17. Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs this Security Instrument but does not execute the Note: (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent.

**13. Loan Charges.** If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Note.

**14. Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any other address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph.

**15. Governing Law; Severability.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable.

00  0281237

9023740251

**16. Borrower's Copy.**  Borrower shall be given one conformed copy of the Note and of this Security Instrument.

**17. Transfer of the Property or a Beneficial Interest in Borrower.**  If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**18. Borrower's Right to Reinstate.**  If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earlier of: (a) 5 days (or such other period as applicable law may specify for reinstatement) before sale of the Property pursuant to any power of sale contained in this Security Instrument; or (b) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees; and (d) takes such action as Lender may reasonably require to assure that the lien of this Security Instrument, Lender's rights in the Property and Borrower's obligation to pay the sums secured by this Security Instrument shall continue unchanged. Upon reinstatement by Borrower, this Security Instrument and the obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under paragraph 17.

**19. Sale of Note; Change of Loan Servicer.**  The Note or a partial interest in the Note (together with this Security Instrument) may be sold one or more times without prior notice to Borrower. A sale may result in a change in the entity (known as the "Loan Servicer") that collects monthly payments due under the Note and this Security Instrument. There also may be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change in accordance with paragraph 14 above and applicable law. The notice will state the name and address of the new Loan Servicer and the address to which payments should be made. The notice will also contain any other information required by applicable law.

**20. Hazardous Substances.**  Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any Environmental Law. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law.

As used in this paragraph 20, "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials. As used in this paragraph 20, "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**21. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under paragraph 17 unless applicable law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender, at its option, may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by applicable law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this paragraph 21, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

**If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by applicable law to Borrower and to the other persons prescribed by applicable law. Trustee shall give public notice of sale to the persons and in the manner prescribed by applicable law. After the time required by applicable law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.**

**Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made**

VMP-6H(CA)(9806)                              Page 5 of 6                      Initials: _SUS_                      Form 3005 9/90

00 0281237

9023740251

therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

**22. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Such person or persons shall pay any recordation costs. Lender may charge such person or persons a fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under applicable law.

**23. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**24. Request for Notices.** Borrower requests that copies of the notices of default and sale be sent to Borrower's address which is the Property Address.

**25. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

**26. Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.
[Check applicable box(es)]

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ 1-4 Family Rider |
| ☐ Graduated Payment Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☒ Balloon Rider | ☐ Rate Improvement Rider | ☐ Second Home Rider |
| ☐ VA Rider | ☒ Other(s) [specify] | |

**Rider to Promissory Note and Security Instrument**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.
Witnesses:

_____    _Sky D Shadow_____ (Seal)
                                     SKY D SHADOW                -Borrower

_____    _____ (Seal)
                                                                  -Borrower

_____
                        (Seal)     _____ (Seal)
                     -Borrower                                    -Borrower

State of California                } ss.
County of _Los Angeles_

On _February 14th, 2000_ before me, _Katherine Ziel_

SKY D SHADOW                                               personally appeared

_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

KATHERINE ZIEL
COMM. #1145209
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JULY 3, 2001

_Katherine Ziel_____ (Seal)

VMP-6H(CA)(9806)                                Page 6 of 6                Form 3005 9/90

00 0281237

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12440 Firestone Blvd. #307
Norwalk, CA 90650

A true and correct copy of the foregoing document entitled (*specify*):   Debtors Notice of Motion and Motion to Avoid Lien
Under 11 U.S.C. 522(f) (Real Property)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
  September 25, 2024  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg (TR)    ehrenbergtrustee@gmlaw.com,
  ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  September 25, 2024  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Judge                 Sky Shadow
The Honorable Neil W. Bason                     8939 East Ave U
255 E. Temple St. #1552                         Littlerock, CA 93543
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 9/25/24 | Jeffrey  S. Woodfin | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Unifund CCR, LLC
Attn: David G. Rosenberg-CEO
10625 Techwoods Circle
Cincinnati, OH 45242

(Via US Certified Mail)


Unifund CCR, LLC
Attn: CSC-Lawyers Inc Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

(Via US Certified Mail)


Law Offices of Kenosian & Miele, LLP
Attn: John P. Kenosian
8581 Santa Monica Blvd. #17
Los Angeles, CA 90069

(Via US Certified Mail)


Law Offices of Kenosian & Miele, LLP
Attn: John P. Kenosian
8581 Santa Monica Blvd. #17
West Hollywood, CA 90069

(Via US Certified Mail)