| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Winterbotham Parham Teeple, a PC<br>Sundee M. Teeple, (SBN 161524)<br>12440 Firestone Blvd. #107<br>Norwalk, CA 90650<br>(562) 868-3634<br>Facsimile: (562) 868-5599<br>wptmriv@4bankruptcy.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor(s)* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 16 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Sky Shadow<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:24-bk-15247 NB<br>CHAPTER: 7 |
|---|---|
| | **ORDER** ☒ **GRANTING** ☐ **DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*)*:*  Unifund CCR, LLC

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.
3. ☒ Motion granted as set forth in the **Attachment** to this order.

> *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
> *"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 1                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: October 16, 2024

*[signature: Neil W. Bason]*
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** ___Unifund CCR, LLC._____.

2. **Subject Lien:** Date (*specify*): _7/25/2014___ and place (*specify*): _County of Los Angeles____ of recordation of lien; Recorder's instrument number or document recording number: _20140769017____.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording:
_8939 E. Avenue U, Littlerock, CA 93543  Lot:277  Tract:9210  Book:148   Pages:51-55 County of Los Angeles_

   ☐ See attached page.

4. **Secured Claim Amount**
    a. Value of Collateral: ………………………………………………………………… $ 442,400.00__
    b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: ……………………………………………… ($ 48,050.34_____)
        (2) Second lien: …………………………………………… ($_____)
        (3) Third lien: ……………………………………………… ($_____ __)
        (4) Additional senior liens (*attach list*): ………………… ($_____)
    c. Amount of Debtor's exemption(s): …………………………… ($ 442,420.0 0___)
    d. Subtotal: ……………………………………………………………………………. ($ 490,470.34 )
    e. Secured Claim Amount (negative results should be listed as -$0-): $__-$0-___

    Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

   ☐ See attached page(s) for more liens/provisions.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                          Page 3                                  **F 4003-2.1.AVOID.LIEN.RP.ORDER**