United States Bankruptcy Court

Central District of California

In re:                                                                                                                           Case No. 24-15247-NB

Sky Shadow                                                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1
Date Rcvd: Oct 16, 2024    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

**Recip ID            Recipient Name and Address**
db            +  Sky Shadow, 8939 East Ave U, Littlerock, CA 93543-3104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024                                      Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

**Name**                                **Email Address**

Howard M Ehrenberg (TR)
    ehrenbergtrustee@gmlaw.com
    ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Sundee M Teeple
    on behalf of Debtor Sky Shadow wptmriv@4bankruptcy.com
    2934@notices.nextchapterbk.com;WinterbothamParhamTeepleapc@jubileebk.net

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Winterbotham Parham Teeple, a PC<br>Sundee M. Teeple, (SBN 161524)<br>12440 Firestone Blvd. #107<br>Norwalk, CA 90650<br>(562) 868-3634<br>Facsimile: (562) 868-5599<br>wptmriv@4bankruptcy.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor(s)* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 16 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Sky Shadow<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:24-bk-15247 NB<br>CHAPTER: 7<br><br>**ORDER  ☒ GRANTING  ☐ DENYING**<br>**DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*)*:* Unifund CCR, LLC

The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 1                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: October 16, 2024

*(signed)* Neil W. Bason
Neil W. Bason
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** ___Unifund CCR, LLC._____.

2. **Subject Lien:** Date (*specify*): _7/25/2014___ and place (*specify*): _County of Los Angeles____ of recordation of lien; Recorder's instrument number or document recording number: _20140769017_____.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording:
_8939 E. Avenue U, Littlerock, CA 93543_ Lot:277_ Tract:9210_ Book:148_ Pages:51-55 County of Los Angeles_

   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: …………………………………………………………………………  $_442,400.00__
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: …………………………………………….  ($_48,050.34_____)
      (2) Second lien: …………………………………………  ($_____)
      (3) Third lien: ……………………………………………  ($_____ __)
      (4) Additional senior liens (*attach list*): ………………..  ($_____)
   c. Amount of Debtor's exemption(s): ……………………………  ($_442,420.0 0_____)
   d. Subtotal: ………………………………………………………………………………………  ($_490,470.34_)
   e. Secured Claim Amount (negative results should be listed as -$0-):  $__-$0-___

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 3                                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**